FILED
2014 Apr-10 PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A



ELECTRONICALLY FILED
4/7/2014 10:33 AM
01-CV-2013-000933.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
ANNE-MARIE ADAMS, CLERK

### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
### BIRMINGHAM DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, Plaintiff, | ) ) ) ) |
| V. | ) Case No.: CV-2013-000933.00 ) |
| NEXT GEAR CAPITAL, Defendant. | ) ) ) |

### ORDER

NEXTGEAR CAPITAL'S MOTION TO SET ASIDE DEFAULT JUDGMENT filed by NEXT GEAR CAPITAL is hereby GRANTED.  The hearing on April 24, 2014 is hereby CANCELLED.

Status conference will be held on April 8, 2014 at 9:00 A.M. for scheduling purposes.

**DONE this 7th day of April, 2014.**

        **/s/ CARYL PENNEY PRIVETT**
        **CIRCUIT JUDGE**