IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 14-CV-0629-WMA |
| NEXTGEAR CAPITAL, INC., | |
| Defendant. | |

### ORDER

Before the court is defendant's motion to dismiss and/or transfer venue. The motion is hereby set for oral hearing in chambers **on May 1, 2014, at 10:30 a.m.** A court reporter shall be present.

If plaintiff wishes to respond to the motion, it shall do so **no later than April 29, 2014, at 4:30 p.m.**

DONE this 22nd day of April, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE