FILED
 2014 May-01  PM 03:54
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC, | } } } | |
| Plaintiff, | } } | CIVIL ACTION NO. 14-CV-0629-WMA |
| v. | } } | |
| NEXTGEAR CAPITAL, INC., | } } | |
| Defendant. | | |

## ORDER

Before the court is defendant's motion to dismiss and/or transfer venue pursuant to a forum selection clause.

Defendant's first argument was that plaintiff's efforts to serve process were ineffective and that the case should be dismissed without prejudice for that reason. However, because plaintiff was willing to submit to defendant's alternative motion to transfer, and in the interest of efficiency, defendant agreed at the hearing held in chambers today, May 1, 2014, to waive service of process. Defendant's counsel represented that he had contacted his client, been granted full authority to waive service, and did in fact waive service. The court is therefore satisfied that it has jurisdiction over the case.

In exercise of that jurisdiction, defendant's motion to transfer venue is GRANTED. Accordingly, the Clerk shall effect transfer of this case to the United States District Court for the Southern District of Indiana, Indianapolis division. The Clerk

1

shall close the case in this court.

Defendant's alternative motion to dismiss for failure to state a claim shall be carried with the case for disposition by the transferee court.

DONE this 1st day of May, 2014.

```
_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE
```