# U.S. District Court
# Northern District of Alabama (Southern)
# CIVIL DOCKET FOR CASE #: 2:14–cv–00629–WMA

| | |
|---|---|
| Atlanta−Birmingham Automotive Group LLC v. NextGear Capital Inc | Date Filed: 04/07/2014 |
| Assigned to: Judge William M Acker, Jr | Date Terminated: 05/01/2014 |
| Case in other court: Circuit Court of Jefferson County, Alabama, CV−13−000933 | Jury Demand: None |
| | Nature of Suit: 190 Contract: Other |
| Cause: 28:1442 Petition for Removal− Breach of Contract | Jurisdiction: Diversity |

**Plaintiff**

**Atlanta−Birmingham Automotive Group LLC**     represented by     **Charles I Brooks**
THE BROOKS LAW FIRM PC
2 North 20th Street
Suite 1100
Birmingham, AL 35203
205−320−0005
Fax: 205−443−6677
Email: thebrooksfirm2@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NextGear Capital Inc**     represented by     **Giles G Perkins**
ADAMS &REESE LLP
Regions Harbert Plaza
1901 6th Avenue North, Suite 3000
Birmingham, AL 35203
205−250−5000
Fax: 205−250−5034
Email: giles.perkins@arlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell J Rutherford**
ADAMS AND REESE LLP
Regions Harbert Plaza
1901 6th Avenue North, Suite 3000
Birmingham, AL 35203
205−250−5024
Fax: 205−250−5034
Email: russell.rutherford@arlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 04/07/2014 | Ï 1 | NOTICE OF REMOVAL by NextGear Capital Inc from Circuit Court of Jefferson County, Alabama, case number CV–2013–000933. , filed by NextGear Capital Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(MSN) (Entered: 04/07/2014) |
| 04/07/2014 | Ï 2 | NOTICE Regarding Consent (MSN) (Entered: 04/07/2014) |
| 04/07/2014 | Ï | Filing Fee: Filing fee $ 400, receipt_number 1126–2142734/ ALND recepit#: B4601051896. related document 1 NOTICE OF REMOVAL by NextGear Capital Inc from Circuit Court of Jefferson County, Alabama, case number CV–2013–000933., filed by NextGear Capital Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(MSN). (Rutherford, Russell) Modified on 4/10/2014 (SAC, ). (Entered: 04/07/2014) |
| 04/07/2014 | Ï 3 | Corporate Disclosure Statement by NextGear Capital Inc. filed by NextGear Capital Inc (Rutherford, Russell) (Entered: 04/07/2014) |
| 04/09/2014 | Ï 4 | ORDER Unless plaintiff concedes, the motion of defendant to set aside the default entered by the Circuit Court of Jefferson County, Alabama, defendants motion will be heard in chambers at 1:30 p.m., April 17, 2014. Signed by Judge William M Acker, Jr on 4/9/14. (SAC ) (Entered: 04/09/2014) |
| 04/10/2014 | Ï 5 | Joint MOTION to Amend/Correct 1 Notice of Removal *to Supplement the State Court Record and to Set Aside The Default Judgment Entered in the State Court Action* by NextGear Capital Inc. (Attachments: # 1 Exhibit Supplement to the Record)(Rutherford, Russell) (Entered: 04/10/2014) |
| 04/11/2014 | Ï | ORDER granting 5 Motion to Amend/Correct; The Order of the Circuit Court of Jefferson County of April 7, 2014, is deemed part of the notice of removal. The hearing scheduled for April 17, 2014 is cancelled. Signed by Judge William M Acker, Jr on 4/11/14. (SAC ) Modified on 4/11/2014 (SAC, ). (Entered: 04/11/2014) |
| 04/21/2014 | Ï 6 | MOTION to Dismiss *and/or Transfer Venue* by NextGear Capital Inc. (Rutherford, Russell) (Entered: 04/21/2014) |
| 04/21/2014 | Ï 7 | Brief re 6 MOTION to Dismiss *and/or Transfer Venue* filed by NextGear Capital Inc. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Rutherford, Russell) (Entered: 04/21/2014) |
| 04/22/2014 | Ï 8 | ORDER re defendants motion to dismiss and/or transfer venue. The motion is set for oral hearing in chambers on May 1, 2014, at 10:30 a.m. If plaintiff wishes to respond to the motion, it shall do so no later than April 29, 2014, at 4:30 p.m. Signed by Judge William M Acker, Jr on 4/22/14. (SAC ) (Entered: 04/22/2014) |
| 04/28/2014 | Ï 9 | RESPONSE to Motion re 6 MOTION to Dismiss *and/or Transfer Venue* filed by Atlanta–Birmingham Automotive Group LLC. (Brooks, Charles) (Entered: 04/28/2014) |
| 04/30/2014 | ì 10 | REPLY to Response to Motion re 6 MOTION to Dismiss *and/or Transfer Venue* filed by NextGear Capital Inc. (Rutherford, Russell) (Entered: 04/30/2014) |
| 05/01/2014 | Ï | Minute Entry for proceedings held before Judge William M Acker, Jr: Motion Hearing held on 5/1/2014 re 6 MOTION to Dismiss *and/or Transfer Venue* filed by NextGear Capital Inc; pla atty Brooks did not appear; dft atty Rutherford present; court's questions and statements; hearing continued until 1:00 pm; resumed at 1:05pm – pla atty Brooks and dft atty Rutherford both present; court's questions; dft atty waives service; written order to be entered; (Court Reporter Anita McCorvey) (KWC) (Entered: 05/01/2014) |
| 05/01/2014 | ì 11 | ORDER transferring case to another district: ORDER transferring case to the District of Southern District of Indiana, Indianapolis division; original electronic record will be transmitted to Clerk of Court 10 business days from this date. Signed by Judge William M Acker, Jr on 5/1/14. (SAC ) |

(Entered: 05/01/2014)