UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) No. 1:14-cv-00765-SEB-MJD |
| NEXTGEAR CAPITAL, INC., | ) ) ) |
| Defendant. | ) |

**SCHEDULING ORDER
HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter is scheduled for a telephonic initial pretrial conference on **Monday, June 23, 2014, at 3:20 p.m.** Counsel shall attend the conference by calling the designated phone number, to be provided by the court via email. The parties shall file a proposed Case Management Plan (ACMP@) no fewer than **seven days** before the pretrial conference. Unless the parties agree there are compelling reasons for a departure, the CMP shall be in the format set forth in the model CMP[1] found on the Court=s website (www.insd.uscourts.gov).

In advance of the initial pretrial conference, counsel shall plan for discovery and conduct the conference required by Fed. R. Civ. P. 26(f). Represented parties shall attend the initial pretrial conference by counsel. Clients are not required (but are permitted) to attend this conference.

Counsel who attend the conference must have their appearance on file. The parties are further reminded that pursuant to Local Rule 83-7(b), an attorney of record who is not

---

[1] Please note that the magistrate=s CMP summary is no longer required.

admitted to practice before this court must either comply with this court's admission policy (see S.D. Ind.L.R. 83-5),or withdraw his or her appearance (see subdivision (c) of this rule) within 21 days after the case is removed or transferred to the court.

At the conference, counsel should be prepared to discuss the issues addressed in the ESI Supplement to Case Management Plan found on the Court=s website, in addition to:

1. How exhibits will be identified during the discovery process consistent with the Court's trial procedures;

2. The types and number of witnesses the parties anticipate may provide evidence under Federal Rule of Evidence 702, 703 or 705;

3. Any issues anticipated at the outset regarding the scope or nature of discovery anticipated in the case;

4. Any anticipated deviations from the established limitations on discovery;

5. Any anticipated need for the entry of a protective order in the matter; and

6. How soon the parties anticipate being in a position to discuss settlement of the matter and what specific items of discovery need to be completed prior thereto, and how that necessary discovery can be accomplished as quickly and efficiently as possible.

So ORDERED.

Dated:   05/15/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Giles G Perkins
ADAMS & REESE LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL 35203

Russell J Rutherford
ADAMS AND REESE LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL 35203

Charles I Brooks
THE BROOKS LAW FIRM PC
2 North 20th Street
Suite 1100
Birmingham, AL 35203