UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:14-cv-00765-SEB-MJD |
| v. | ) ) | |
| NEXTGEAR CAPITAL, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Defendant NextGear Capital, Inc.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Jeffrey A. Hokanson*
Jeffrey A. Hokanson, #14579-49

*Attorneys for NextGear Capital, Inc.*

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing was filed electronically on May 16, 2014. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Charles I. Brooks
    THE BROOKS LAW FIRM PC
    2 North 20th Street, Suite 1100
    Birmingham, AL  35203

    Giles G. Perkins
    ADAMS & REESE LLP
    Regions Harbert Plaza
    1901 6th Avenue North, Suite 3000
    Birmingham, AL  35203

    Russell J. Rutherford
    ADAMS & REESE LLP
    Regions Harbert Plaza
    1901 6th Avenue North, Suite 3000
    Birmingham, AL  35203

                                      */s/ Jeffrey A. Hokanson*
                                        Jeffrey A. Hokanson

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
Indianapolis, IN  46204
Phone:  (317) 237-3962
Fax:     (317) 237-3900
Email: jhokanson@fbtlaw.com

INDLibrary1 0115643.0617124   1180492v1