UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CASE NO: 1:14-cv-00765-SEB-MJD<br>) |
| NEXTGEAR CAPITAL, INC, | )<br>) |
| Defendant | )<br>) |

## APPEARANCE OF COUNSEL

COMES NOW Dennis. McCrosson, Esq., McCrosson & Associates, P.C. and enters his

Appearance for the following Parties:

                Atlanta-Birmingham Automotive Group, LLC

                Respectfully submitted,

                McCROSSON & ASSOCIATES, P.C.

                /s/ Dennis F. McCrosson
                Dennis F. McCrosson (10240-49)
                Attorney for Plaintiff

McCROSSON & ASSOCIATES, P.C.
6249 U.S. Highway 31 South, Suite A
Indianapolis, Indiana 46227
Telephone: (317)791-7800
rmccrosson@mccrossonlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on June 3, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by the Court's electronic filing system. Parties may access this filing through the Court's system.

Giles G. Perkins
ADAMS & REESE, LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL 35203

Russell J. Rutherford
ADAMS & REESE, LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL 35203

Charles I Brooks
THE BROOKS LAW FIRM PC
2 North 20th Street
Suite 1100
Birmingham, AL 35203

/s/ Dennis F. McCrosson
Dennis F. McCrosson (10240-49)
Attorney for Plaintiff