UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:14-cv-00765-SEB-MJD |
| v. | ) ) | |
| NEXTGEAR CAPITAL, INC., | ) ) | |
| Defendant. | ) | |

**PARTIES' AGREED MOTION FOR CONTINUANCE
OF INITIAL PRE-TRIAL CONFERENCE AND FOR
EXTENSION OF TIME TO FILE CASE MANAGEMENT PLAN**

Plaintiffs, Atlanta-Birmingham Automotive Group LLC ("Plaintiffs"), by counsel, and Defendant NextGear Capital, Inc. ("Defendant"), by counsel, jointly move the Court for a continuance of the initial pre-trial conference currently scheduled herein for June 23, 2014 at 3:20 p.m., and further move the Court for a corresponding extension of time for the parties to file their Case Management Plan herein, and in support hereof, would show the Court as follows:

1. This is an action brought by Plaintiffs against Defendant, and transferred from the Circuit Court of Jefferson County, Alabama on April 7, 2014.

2. The parties, each by their newly-engaged Indiana counsel, wish to explore terms and means by which their differences may resolved short of continued litigation.

3. The parties therefore request a continuance of the initial pre-trial conference currently scheduled herein for June 23, 2014 at 3:20 p.m. to a date and time convenient to the Court approximately thirty (30) days hence, and further move the Court for a corresponding extension of time for the parties to file their Case Management Plan herein.

WHEREFORE, Plaintiffs, by counsel, and Defendants, by counsel, respectfully request that the initial pre-trial conference in this matter, currently scheduled for June 23, 2014 at 3:20 p.m., be continued for a period of approximately thirty (30), and that the deadline for the parties to file their Case Management Plan herein be extended accordingly, and for all other relief just and proper in the premises.

                McCROSSON & ASSOCIATES

                _____/s/ Dennis F. McCrosson_____
                Dennis F. McCrosson, III
                Ryan S. McCrosson
                6249 U.S. Highway 31 South, Suite A
                Indianapolis, IN  46227

                *Attorneys for Atlanta-Birmingham*
                *Automotive Group LLC*


                FROST BROWN TODD LLC


                _____/s/ Jeffrey A. Hokanson_____
                Jeffrey A. Hokanson
                201 North Illinois Street, Suite 1900
                Indianapolis, IN  46204

                *Attorneys for NextGear Capital, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed through this Court's ECF system and will be sent electronically to all counsel of record on the day of its filing, June 13, 2014. Parties may access this filing through the Court's system.

Dennis F. McCrosson, III
dmccross@mccrossonlaw.com

Ryan S. McCrosson
rmccrosson@mccrossonlaw.com

I also hereby certify that the foregoing was filed through this Court's ECF system and will be sent by first class United States Mail, postage prepaid, on the day of its filing, June 13, 2014, to the following:

Charles I. Brooks
The Brooks Law Firm
2 North 20th Street, Suite 1100
Birmingham, AL  35203

Giles G. Perkins
Russell J. Rutherford
Adams & Reese LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL  34203

          */s/ Jeffrey A. Hokanson*
          Jeffrey A. Hokanson

0115643.0617124   4847-4742-7611v2