# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEXTGEAR CAPITAL, INC., )<br>)<br>Defendant. ) | Case No.: 1:14-cv-00765-SEB-MJD |

## ORDER GRANTING AGREED MOTION FOR CONTINUANCE OF INITIAL PRE-TRIAL CONFERENCE AND FOR <u>EXTENSION OF TIME TO FILE CASE MANAGEMENT PLAN</u>

Plaintiff, Atlanta-Birmingham Automotive Group LLC ("Plaintiff") and NextGear Capital, Inc. ("Defendant"), by their respective counsel, having moved this Court for an order to continue the pre-trial conference currently scheduled to begin on June 23, 2014, and to extend the parties' deadlines to file their respective Case Management Plans, and the Court being duly advised, hereby GRANTS said motion.

**IT IS THEREFORE ORDERED** that the July 23, 2014 trial is continued until the _____ day _____ 2014 at __:__ _.m.

**IT IS FURTHER ORDERED** that the parties shall file their Case Management Plans on or before _____.

_____   _____
DATED                              JUDGE, United States District Court
                                   Southern District of Indiana
                                   Indianapolis Division

Distribution To:

Dennis F. McCrosson, III
Ryan S. McCrosson
6249 U.S. Highway 31 South, Suite A
Indianapolis, IN  46227

Charles I. Brooks
The Brooks Law Firm
2 North 20th Street, Suite 1100
Birmingham, AL  35203

Giles G. Perkins
Russell J. Rutherford
Adams & Reese LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL  34203

Jeffrey A. Hokanson
Frost Brown Todd LLC
201 North Illinois Street, Suite 1900
Indianapolis, IN  46204

0115643.0617124   4823-5221-7883v2