UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, | ) ) ) |
| Plaintiff, | ) ) Case No.: 1:14-cv-00765-SEB-MJD |
| v. | ) ) ) |
| NEXTGEAR CAPITAL, INC., | ) ) |
| Defendant. | ) |

**ORDER GRANTING AGREED MOTION FOR CONTINUANCE
OF INITIAL PRE-TRIAL CONFERENCE AND FOR
<u>EXTENSION OF TIME TO FILE CASE MANAGEMENT PLAN</u>**

Plaintiff, Atlanta-Birmingham Automotive Group LLC ("Plaintiff") and NextGear Capital, Inc. ("Defendant"), by their respective counsel, having moved this Court for an order to continue the pre-trial conference currently scheduled to begin on June 23, 2014, and to extend the parties' deadlines to file their respective Case Management Plans, and the Court being duly advised, hereby GRANTS said motion.

**IT IS THEREFORE ORDERED** that the June 23, 2014 initial pretrial conference is continued until July 17, 2014 at 3:20 p.m.

All other requirements of the Court's order dated 5/15/2014 [Dkt. 13] remain in full force and effect.

06/18/2014
_____
DATED

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution To:

All Electronically Registered Counsel

VIA US MAIL TO

Charles I. Brooks
The Brooks Law Firm
2 North 20th Street, Suite 1100
Birmingham, AL  35203

0115643.0617124   4823-5221-7883v2