## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 1:14-CV-00765-SEB-MJD<br>)<br>) |
| NEXTGEAR CAPITAL, INC., | )<br>) |
| Defendant. | )<br>) |

### NOTICE OF SUBSTITUTION OF APPEARANCE

Frost Brown Todd LLC gives notice that Giles Perkins and Russell Rutherford hereby withdraw their appearances and Jeffrey A. Hokanson hereby enters his appearance on behalf of the Defendant NextGear Capital, Inc. in the above-captioned matter.

Respectfully submitted,

FROST BROWN TODD LLC

 */s/ Jeffrey A. Hokanson*
Jeffrey A. Hokanson, #14579-49
Counsel for Defendant NextGear Capital, Inc.

Jeffrey A. Hokanson, #14579-49
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
jhokanson@fbtlaw.com

CERTIFICATE OF SERVICE

   I hereby certify that the foregoing was filed via this Court's electronic case filing system on June 26, 2014 and served upon the parties of record on the date of filing. Parties may access this filing by using this system.

  Charles I. Brooks
  The Brooks Law Firm, P.C.
  275 Forest Road, Suite 100
  Hueytown, AL 35203
  thebrooksfirm2@yahoo.com

  Dennis F. McCrosson, III
  dmccross@mccrossonlaw.com

  Ryan S. McCrosson
  rmccrosson@mccrossonlaw.com

             */s/ Jeffrey A. Hokanson*
             Jeffrey A. Hokanson

Jeffrey A. Hokanson, #14579-49
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
Indianapolis, IN 46204
Phone: (317) 237-3800
Fax: (317) 237-3900
Email: jhokanson@fbtlaw.com

0115643.0617124   4844-0606-7996v1