UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:14-cv-00765-SEB-MJD |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The Honorable Sarah Evans Barker, Judge

Entry for August 12, 2014

This cause is hereby ASSIGNED for trial by jury on Tuesday, January 19, 2016 at 9:30 a.m. in Room 216 of the United States Courthouse, Indianapolis, Indiana and for final pretrial conference on Tuesday, January 5, 2016 at 2:00 p.m. in Room 216 of the United States Courthouse, Indianapolis, Indiana.

In view of the Expense and Delay Reduction Plan adopted by this District to implement the Civil Justice Reform Act, no continuances of this date are anticipated, absent extraordinary circumstances.

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system