UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM ) <br> AUTOMOTIVE GROUP, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NEXTGEAR CAPITAL, INC, ) <br> ) <br> Defendant ) <br> _____ ) | CASE NO: 1:14-cv-00765-SEB-MJD |

**UNOPPOSED MOTION TO EXTEND DEADLINES**

Comes now, Plaintiff, by Counsel, and respectfully requests the Court to extend the following events by fourteen (14) days:

1. The parties' deadline to submit the Initial Disclosures pursuant to Fed R. Civ.P.26 is September 11, 2014.  The parties request that this deadline be extended by fourteen (14) days to September 25, 2014.

2. Plaintiff's deadline to submit their Preliminary Witness & Exhibit List is September 18, 2014.  The parties request that this deadline be extended by fourteen (14) days to October 2, 2014

3. Counsel for Defendant, Nextgear Capital, Inc does not oppose the extension of said deadlines.

WHEREFORE, Plaintiff respectfully request that the Court extend the above referenced deadlines by fourteen (14) days and for all other just and proper relief in the premises.

                          Respectfully submitted,

                          McCROSSON & ASSOCIATES, P.C.

                          /s/ Ryan S. McCrosson
                          Ryan S. McCrosson (29710-53)
                          Attorney for Plaintiff

McCROSSON & ASSOCIATES, P.C.
6249 U.S. Highway 31 South, Suite A
Indianapolis, Indiana 46227
Telephone:  (317)791-7800
rmccrosson@mccrossonlaw.com