UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CASE NO: 1:14-cv-00765-SEB-MJD<br>) |
| NEXTGEAR CAPITAL, INC, | )<br>) |
| Defendant | )<br>) |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINES

Plaintiff, having filed their Unopposed Motion to Extend Deadlines, a copy of which is of record in the proceedings.

And the Court having reviewed same and being duly advised in the premises, now GRANTS Plaintiff's Motion and extends the deadline for Initial Disclosures pursuant to Fed R. Civ.P.26 to September 25, 2014 and the Preliminary Witness & Exhibit List to October 2, 2014.

GRANTED this _____ day of _____, 2014.

_____
Judge, Southern District of Indiana

Distribution:

Jeffrey A. Hokanson, Esq.
jhokanson@tbtlaw.com

Ryan S. McCrosson, Esq.
rmccrosson@mccrossonlaw.com