UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CASE NO: 1:14-cv-00765-SEB-MJD<br>) |
| NEXTGEAR CAPITAL, INC, | )<br>) |
| Defendant | )<br>) |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINES**

Plaintiff, having filed their Unopposed Motion to Extend Deadlines, a copy of which is of record in the proceedings.

And the Court having reviewed same and being duly advised in the premises, now **GRANTS IN PART** and **DENIES IN PART** Plaintiff's Motion and extends the deadline for Initial Disclosures pursuant to Fed R. Civ.P.26 to **September 25, 2014** and the deadline for the submission of Plaintiff's Preliminary Witness & Exhibit Lists to **September 25, 2014**. Defendant's Preliminary Witness and Exhibit Lists remain due on **September 25, 2014**.

GRANTED this 8th day of September, 2014.

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Jeffrey A. Hokanson, Esq.
jhokanson@tbtlaw.com

Ryan S. McCrosson, Esq.
rmccrosson@mccrossonlaw.com