UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, )<br>)<br>) | |
|       Plaintiff, ) | Case No.: 1:14-cv-00765-SEB-MJD |
| )<br>v. )<br>) | |
| NEXTGEAR CAPITAL, INC., )<br>) | |
|       Defendant. ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Defendant NextGear Capital, Inc.

      Respectfully submitted,

      FROST BROWN TODD LLC


      By:   */s/ Blake N. Shelby*
           Blake N. Shelby, #28064-29

*Attorneys for NextGear Capital, Inc.*

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically on September 12, 2014. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Dennis Francis McCrosson, III
    dmccross@mccrossonlaw.com

    Ryan S. McCrosson
    rmccrosson@mccrossonlaw.com

                                         */s/ Blake N. Shelby*
                                         Blake N. Shelby

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
Indianapolis, IN  46204
Phone:  (317) 237-3823
Fax:     (317) 237-3900
Email: bshelby@fbtlaw.com

2