UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) |
| NEXTGEAR CAPITAL, INC., | ) ) |
| Defendant. | ) |

No. 1:14-cv-00765-SEB-MJD

**ORDER AMENDING CASE MANAGEMENT PLAN**

Pursuant to the Court's Minute Entry for July 17, 2014, the parties were instructed to submit the format in which electronically stored information will be produced and a claw back provision as proposed amendment to section III(K) of the parties' approved Case Management Plan. [Dkt. 24.] In response, the parties submitted a proposed amended Case Management Plan. [Dkt. 31.] Pursuant thereto, the Court hereby amends Section III(K) of the parties' approved Case Management Plan [Dkt. 25] as follows:

> Unless otherwise agreed by the parties or ordered by the Court, all electronically stored information shall be produced in either paper format or as .TIFF images in a Summation load file.
>
> In the event that a document protected by the attorney-client privilege, the attorney work product doctrine or other applicable privilege or protection is unintentionally produced by any party to this proceeding, the producing party may request that the document be returned. In the event that such a request is made, all parties to the litigation and their counsel shall promptly return all copies of the document in their possession, custody, or control to the producing party and shall not retain or make any copies of the document or any documents derived from such document. The producing party shall promptly identify the returned document on a privilege log. The unintentional disclosure of a privileged or otherwise protected document shall not constitute a waiver of the privilege or protection with respect to that document or any other documents involving the same or similar subject matter.

All other requirements of the parties' approved Case Management Plan [Dkt. 25] remain in effect.

Dated: 09/15/2014

Distribution:

Blake N. Shelby
FROST BROWN TODD LLC
bshelby@fbtlaw.com

Jeffrey A. Hokanson
FROST BROWN TODD LLC
jhokanson@fbtlaw.com

Ryan S. McCrosson
MCCROSSON & ASSOCIATES
rmccrosson@mccrossonlaw.com

Dennis Francis McCrosson, III
MCCROSSON & ASSOCIATES
dmccross@mccrossonlaw.com

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana