UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NEXTGEAR CAPITAL, INC., )<br>)<br>Defendant. ) | No. 1:14-cv-00765-SEB-MJD |

**MINUTE ENTRY FOR SEPTEMBER 17, 2014
STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. Counsel for Plaintiff reported they will be moving to withdraw as counsel. Counsel for Defendant plans to file a motion seeking to stay the case management deadlines until Plaintiff's counsel's issues are resolved.

This matter is scheduled for a telephonic status conference on **Friday, October 10, 2014 at 8:40 a.m.** to discuss case status. Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 09/17/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.