# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, ) ) ) Plaintiff, ) ) v. ) ) NEXTGEAR CAPITAL, INC., ) ) Defendant. ) | Case No.: 1:14-cv-00765-SEB-MJD |

## DEFENDANT'S MOTION TO EXTEND CASE MANAGEMENT DEADLINES INDEFINITELY

Defendant NextGear Capital, Inc. ("Defendant"), by counsel, requests that the Court extend all case management deadlines indefinitely and in support states as follows:

1. This is an action brought by Plaintiff against Defendant, and transferred from the Circuit Court of Jefferson County, Alabama on April 7, 2014.

2. The Court entered a Case Management Plan on July 21, 2014 setting forth various case management deadlines.

3. The parties attended a status conference before the Court on September 17, 2014 at which time Plaintiff's counsel indicated that he would be filing a motion to withdraw his appearance.

4. Defendant requests that the Court extend all case management deadlines until Plaintiff retains new counsel or the case is dismissed.

WHEREFORE, Defendant, by counsel, respectfully requests that the Court extend all case management deadlines indefinitely and for all other appropriate relief.

                FROST BROWN TODD LLC

                */s/ Blake N. Shelby*
                Jeffrey A. Hokanson
                Blake N. Shelby
                201 North Illinois Street, Suite 1900
                P.O. Box 44961
                Indianapolis, IN  46204
                (317) 237-3800

                *Attorneys for NextGear Capital, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed through this Court's ECF system and will be sent electronically to all counsel of record on the day of its filing, September 18, 2014. Parties may access this filing through the Court's system.

    Dennis F. McCrosson, III
    dmccross@mccrossonlaw.com

    Ryan S. McCrosson
    rmccrosson@mccrossonlaw.com

I also hereby certify that the foregoing was filed through this Court's ECF system and will be sent by first class United States Mail, postage prepaid, on the day of its filing, September 18, 2014 to the following:

    Charles I. Brooks
    The Brooks Law Firm
    2 North 20th Street, Suite 1100
    Birmingham, AL  35203

    Giles G. Perkins
    Russell J. Rutherford
    Adams & Reese LLP
    1901 6th Avenue North, Suite 3000
    Birmingham, AL  34203

                                                 */s/ Blake N. Shelby*
                                                Blake N. Shelby

0115643.0617124   4837-4233-6030v1