# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:14-cv-00765-SEB-MJD |
| v. | ) ) | |
| NEXTGEAR CAPITAL, INC., | ) ) | |
| Defendant. | ) | |

## ORDER ON DEFENDANT'S MOTION TO EXTEND CASE MANAGEMENT DEADLINES INDEFINITELY

This matter came before the Court on Motion of Defendant NextGear Capital, Inc. to extend all case management deadlines indefinitely, and the Court being duly advised now GRANTS said Motion.

IT IS THEREFORE ORDERED that all case management deadlines in this cause of action are indefinitely extended.

DATED: _____    _____
                                                                                         United States District Court Judge

COPIES TO:

Jeffrey A. Hokanson
jhokanson@fbtlaw.com

Blake N. Shelby
bshelby@fbtlaw.com

Dennis F. McCrosson, III
dmccross@mccrossonlaw.com

Ryan S. McCrosson
rmccrosson@mccrossonlaw.com

Charles I. Brooks
The Brooks Law Firm
2 North 20th Street, Suite 1100
Birmingham, AL  35203

Giles G. Perkins
Russell J. Rutherford
Adams & Reese LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL  34203

0115643.0617124   4824-6058-8830v1