UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:14-cv-00765-SEB-MJD |
| v. | ) ) | |
| NEXTGEAR CAPITAL, INC., | ) ) | |
| Defendant. | ) | |

**ORDER ON DEFENDANT'S MOTION TO EXTEND
CASE MANAGEMENT DEADLINES INDEFINITELY**

This matter came before the Court on the Motion of Defendant NextGear Capital, Inc. to extend all case management deadlines indefinitely. The Court, being duly advised, now **DENIES** said Motion.

DATED: 09/23/2014

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

COPIES TO:

Jeffrey A. Hokanson
jhokanson@fbtlaw.com

Blake N. Shelby
bshelby@fbtlaw.com

Dennis F. McCrosson, III
dmccross@mccrossonlaw.com

Ryan S. McCrosson
rmccrosson@mccrossonlaw.com

Charles I. Brooks
The Brooks Law Firm
2 North 20th Street, Suite 1100
Birmingham, AL  35203

Giles G. Perkins
Russell J. Rutherford
Adams & Reese LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL  34203

0115643.0617124   4824-6058-8830v1