

# McCROSSON & ASSOCIATES, P.C.

ATTORNEYS AT LAW

Dennis F. McCrosson
dmccross@mccrossonlaw.com

September 4, 2014

Atlanta-Birmingham Automotive Group, LLC
Attn: Mr. Roosevelt Coar, Jr., Managing Member
1107 5th Avenue North
Birmingham, AL 35203

    Re:    *Atlanta-Birmingham Automotive Group. LLC v. NextGear Capital, Inc.*
            Federal Case No. 1:14-cv-00765-SEB-MJD
            Hamilton County Cause No.: 29D01-1403-CC-002626

Dear Mr. Coar:

    We are now more than a month into the case and have expended time and resources in excess of $5,000.00 on your behalf. As of this date we have neither the signed Engagement agreement or the promised retainer for the engagement. We will be withdrawing from the representation in ten (10) days from the date of this letter unless the engagement agreement is signed and the retainer paid on the file. I regret having to take this position, but we need to keep the accounts current.

    Thank you for your immediate attention to this matter. Please contact my office if you have any questions regarding this letter.

                                Very truly yours,

                                McCROSSON & ASSOCIATES, P.C.

                                Dennis F. McCrosson

Enc. Invoice for services 9/3/14
23873

6249 U.S. Highway 31 South, Suite A · Indianapolis, Indiana 46227 · (317) 791-7800 · Fax (317) 781-4825 · www.McCrossonLaw.com

**McCROSSON & ASSOCIATES, P.C.**
Attorneys at Law
6249 U.S. Highway 31 South, Suite A
Indianapolis, Indiana 46227
(317) 791-7800

Page: 1
09/03/2014

Atlanta-Birmingham Automotive Group, LLC
c/o Reginald D. McDaniel, Esq.
401 37th Street South
Birmingham AL 35222

ACCOUNT NO: 23873-000D
3

v Nextgear Capital, Inc. - Federal

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 8/11/2014 | DFM | Telephone call to client and e-mail to Mr. Mcdaniel regarding engagement agreement, representation and contact information, Memo to file. | 0.50 | |
| | | TOTAL FOR ABOVE SERVICES | 0.50 | 125.00 |
| | | TOTAL CURRENT WORK | | 125.00 |
| | | PREVIOUS BALANCE | | $4,927.69 |
| | | FINANCE CHARGE | | 38.43 |
| | | BALANCE DUE | | $5,091.12 |

PAST DUE AMOUNTS

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 2,204.97 | 0.00 | 2,886.15 | 0.00 | 0.00 | 0.00 |

Interest will accrue at the rate of 1.5% per month on all balances more than 30 days past due.

McCrosson & Associates, P.C. now accepts credit cards. Please contact the office for further information

**McCROSSON & ASSOCIATES, P.C.**
Attorneys at Law
6249 U.S. Highway 31 South, Suite A
Indianapolis, Indiana 46227
(317) 791-7800

Atlanta-Birmingham Automotive Group, LLC
c/o Reginald D. McDaniel, Esq.
401 37th Street South
Birmingham AL 35222

Page: 1
09/03/2014
ACCOUNT NO: 23873-001D
3

v NextGear Capital, Inc. - State

| | |
|---|---:|
| PREVIOUS BALANCE | $458.85 |
| FINANCE CHARGE | 6.09 |
| BALANCE DUE | $464.94 |

PAST DUE AMOUNTS

| 0-30 | 31-60 | 61-90 | 91-120 | 121-180 | 181+ |
|---|---|---|---|---|---|
| 7.44 | 0.00 | 457.50 | 0.00 | 0.00 | 0.00 |

Interest will accrue at the rate of 1.5% per month on all balances more than 30 days past due.

McCrosson & Associates, P.C. now accepts credit cards. Please contact the office for further information