# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>NEXTGEAR CAPITAL, INC.,  )<br>)<br>Defendant.  ) | Case No.: 1:14-cv-00765-SEB-MJD |

## DEFENDANT'S MOTION TO EXTEND DEADLINES TO FILE INITIAL DISCLOSURES AND PRELIMINARY WITNESS AND EXHIBIT LISTS

Defendant NextGear Capital, Inc. ("Defendant"), by counsel, requests that the Court extend the deadlines to file initial disclosures and preliminary witness and exhibit lists and in support states as follows:

1. This is an action brought by Plaintiff against Defendant, and transferred from the Circuit Court of Jefferson County, Alabama on April 7, 2014.

2. The Court entered a Case Management Plan on July 21, 2014 setting forth various case management deadlines.

3. On September 24, 2014 Plaintiff's counsel filed a Motion to Withdraw Attorney Appearance in this matter.

4. Pursuant to the Case Management Plan entered in this matter, as extended by agreement and court approval, the parties' initial disclosures and preliminary witness and exhibit lists are due on September 25, 2014.

5.	Defendant requests that the Court extend the deadlines to file initial disclosures and preliminary witness and exhibit lists until thirty (30) days after Plaintiff retains new counsel, or this case is dismissed.

WHEREFORE, Defendant, by counsel, respectfully requests that the Court extend the deadlines to file initial disclosures and preliminary witness and exhibit lists until thirty (30) days after Plaintiff retains new counsel, or this case is dismissed and for all other appropriate relief.

FROST BROWN TODD LLC

_/s/ Blake N. Shelby_
Jeffrey A. Hokanson
Blake N. Shelby
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46204
(317) 237-3800

*Attorneys for NextGear Capital, Inc.*

## **CERTIFICATE OF SERVICE**

 I hereby certify that the foregoing was filed through this Court's ECF system and will be sent electronically to all counsel of record on the day of its filing, September 25, 2014. Parties may access this filing through the Court's system.

 Dennis F. McCrosson, III
 dmccross@mccrossonlaw.com

 Ryan S. McCrosson
 rmccrosson@mccrossonlaw.com

 I also hereby certify that the foregoing was filed through this Court's ECF system and will be sent by first class United States Mail, postage prepaid, on the day of its filing, September 25, 2014 to the following:

 Charles I. Brooks
 The Brooks Law Firm
 2 North 20th Street, Suite 1100
 Birmingham, AL  35203

 Giles G. Perkins
 Russell J. Rutherford
 Adams & Reese LLP
 1901 6th Avenue North, Suite 3000
 Birmingham, AL  34203

              */s/ Blake N. Shelby*
              Blake N. Shelby

0115643.0617124   4832-4219-1902v1