UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, ) ) ) Plaintiff, ) ) v. ) ) NEXTGEAR CAPITAL, INC., ) ) Defendant. ) | Case No.: 1:14-cv-00765-SEB-MJD |

**ORDER ON DEFENDANT'S MOTION TO EXTEND DEADLINES TO FILE INITIAL DISCLOSURES AND PRELIMINARY WITNESS AND EXHIBIT LISTS**

This matter came before the Court on Motion of Defendant NextGear Capital, Inc. to extend deadlines to file initial disclosures and preliminary witness and exhibit lists, and the Court being duly advised now GRANTS said Motion.

IT IS THEREFORE ORDERED that the deadlines to file initial disclosures and preliminary witness and exhibit lists are extended until thirty (30) days after Plaintiff retains new counsel, or this case is dismissed.

DATED: _____       _____
                                                                    United States District Court Judge

COPIES TO:

Jeffrey A. Hokanson
jhokanson@fbtlaw.com

Blake N. Shelby
bshelby@fbtlaw.com

Dennis F. McCrosson, III
dmccross@mccrossonlaw.com

Ryan S. McCrosson
rmccrosson@mccrossonlaw.com

Charles I. Brooks
The Brooks Law Firm
2 North 20th Street, Suite 1100
Birmingham, AL  35203

Giles G. Perkins
Russell J. Rutherford
Adams & Reese LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL  34203

0115643.0617124   4836-6110-0830v1