UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )  CASE NO: 1:14-cv-00765-SEB-MJD |
| NEXTGEAR CAPITAL, INC, | )<br>)<br>) |
| Defendant | )<br>) |

_Mark J. Dinsmore_
United States Magistrate Judge
Southern District of Indiana

> This motion is **DENIED** wthout prejudice to its resubmission for failure to include the Plaintiff's contact information, including current address and telephone number, in the motion as required by Local Rule 83-7(c)(3).
> Dated: September 25, 2014

## MOTION TO WITHDRAW APPEARANCE

Comes now, Dennis F. McCrosson and Ryan S. McCrosson and the firm of McCrosson & Associates, P.C, and respectfully request the Court to Withdraw their appearance as Counsel for Plaintiff. In support hereof, Counsel shows the Court the following:

1. Plaintiff filed their Complaint on December 5, 2013in the Circuit Court of Jefferson County, Alabama.

2. The cause was transferred to the United States District Court, Southern District of Indiana, Indianapolis Division on May 13, 2014.

3. Counsel filed their Appearance for Plaintiff on June 3, 2014.

4. Counsel has attempted to contact Plaintiff regarding an Executed Contract to Employ Attorneys, Retainer fee, and upcoming deadlines, Counsel for Plaintiff needs these documents and information from Plaintiff to adequately, and Plaintiff has not responded to these requests.

5. Counsel has advised the Plaintiff via United States Mail of Counsel's intention to withdraw on September 4, 2014, a copy of which is attached hereto as Exhibit "A".

WHEREFORE, Counsel for Plaintiff requests that the Appearances of Dennis F. McCrosson, Ryan S. McCrosson and the firm of McCrosson & Associates be withdrawn.

                    Respectfully submitted,

                    McCROSSON & ASSOCIATES, P.C.

                    /s/ Ryan S. McCrosson
                    Ryan S. McCrosson (29710-53)
                    Attorney for Plaintiff

McCROSSON & ASSOCIATES, P.C.
6249 U.S. Highway 31 South, Suite A
Indianapolis, Indiana 46227
Telephone: (317)791-7800
rmccrosson@mccrossonlaw.com

## CERTIFICATION OF SERVICE

     I hereby certify that on September 24, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by the Court's electronic filing system. Parties may access this filing through the Court's system.

Jeffrey A. Hokanson, Esq.
FROST BROWN TODD
201 North Illinois Street
Suite 1900
Indianapolis, Indiana 46204-4236
jhokanson@tbtlaw.com

                    /s/ Ryan S. McCrosson
                    Ryan S. McCrosson (29710-53)
                    Attorney for Plaintiff