

## McCROSSON & ASSOCIATES, P.C.
ATTORNEYS AT LAW

Dennis F. McCrosson
dmccross@mccrossonlaw.com

September 4, 2014

Atlanta-Birmingham Automotive Group, LLC
Attn: Mr. Roosevelt Coar, Jr., Managing Member
1107 5th Avenue North
Birmingham, AL 35203

Re: *Atlanta-Birmingham Automotive Group, LLC v. NextGear Capital, Inc.*
Federal Case No. 1:14-cv-00765-SEB-MJD
Hamilton County Cause No.: 29D01-1403-CC-002626

Dear Mr. Coar:

███████████████████████████████████████████████████████████████ We will be withdrawing from the representation in ten (10) days from the date of this letter ███████████████████████ ███████████████████████ I regret having to take this position, ███████████████ █████████████████

Thank you for your immediate attention to this matter. Please contact my office if you have any questions regarding this letter.

Very truly yours,

McCROSSON & ASSOCIATES, P.C.

Dennis F. McCrosson

Enc. Invoice for services 9/3/14
23873