UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CASE NO: 1:14-cv-00765-SEB-MJD |
| NEXTGEAR CAPITAL, INC, | ) ) |
| Defendant | ) ) ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW

Counsel for Plaintiff, having filed their Motion to Withdraw, a copy of which is of record in the proceedings.

And the Court, having reviewed same and being duly advised in the premises, now GRANTS Counsel's Motion to Withdraw.

The Apperances of Dennis F. McCrosson, Ryan S. McCrosson and the firm of McCrosson & Associates, P.C. are hereby WITHDRAWN.

_____
Judge, United States District Court, Southern District Indiana

Distribution:

Jeffrey A. Hokanson, Esq.
jhokanson@tbtlaw.com

Ryan S. McCrosson, Esq.
rmccrosson@mccrossonlaw.com

Atlanta Birmingham Automotive Group, LLC
401 37TH Street South
Birmingham, Alabama 35222