UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NEXTGEAR CAPITAL, INC., )<br>)<br>Defendant. ) | No. 1:14-cv-00765-SEB-MJD |

NOTICE OF EX PARTE HEARING
Hon. Magistrate Judge Mark J. Dinsmore

Counsel for Defendant is notified that this matter is set for an *ex parte* hearing on counsel for Plaintiff's, Motion to Withdraw Appearance [Dkt. 39], on **October 21, 2014 at 3:20 p.m.** before Magistrate Judge Mark J. Dinsmore.  Counsel for Defendant will not participate in this hearing. The telephonic status conference scheduled for October 10, 2014 is hereby **VACATED** and will be reset by further order of the Court

Dated:  09/29/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel