THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

RECEIVED

SEP 30 2014

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA



02 1P        $ 000.48⁰
0003190095   SEP 25 2014
MAILED FROM ZIP CODE 46204

Charles I. Brooks
The Brooks Law Firm
2 North 20th Street, Suite 1100
Birmingham, AL 35203

RETURN TO SENDER
BROOKS FIRM
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

46204@1999
35203406775