# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

|  |  |
|---|---|
| ATLANTA-BIRMINGHAM ) <br> AUTOMOTIVE GROUP, LLC, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> vs. ) <br>  ) <br> NEXTGEAR CAPITAL, INC, ) <br>  ) <br> Defendant ) <br> _____ ) | CASE NO: 1:14-cv-00765-SEB-MJD |

## NOTICE OF SERVICE

COMES NOW Dennis McCrosson and Ryan McCrosson, Co-Counsel for Plaintiff, Atlanta Birmingham Automotive Group, LLC, and tenders their Proof of Service on the Notice Setting Ex Parte Hearing scheduled for October 21, 2014, beginning at 3:20 PM. in the Court and directed to Atlanta Birmingham Automotive Group, LLC. Notice of the Hearing was sent to Plaintiff by certified mail on October 1, 2014 and was returned marked "Business Closed". Notice was again sent to Plaintiff on October 9, 2014 and has not been picked up by Plaintiff. Counsel sent a third letter on October 14, 2014 which was served on Plaintiff on October 17, 2014 and October 18, 2014. Copy of the United States Postal Service Tracking is attached hereto as Exhibit "A".

    Respectfully submitted,

    McCROSSON & ASSOCIATES, P.C.

    /s/ Dennis F. McCrosson
    Dennis F. McCrosson (10240-49)
    Attorney for Plaintiff

McCROSSON & ASSOCIATES, P.C.
6249 U.S. Highway 31 South, Suite A
Indianapolis, Indiana 46227
Telephone:  (317)791-7800
dmccross@mccrossonlaw.com

**CERTIFICATION OF SERVICE**

      I hereby certify that on October 21, 2014, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Jeffrey A. Hokanson, Esq. | Atlanta Birmingham Automotive Group, LLC |
| FROST BROWN TODD | 401 37th Street South |
| 201 North Illinois Street | Birmingham, Alabama 3522 |
| Suite 1900 | |
| Indianapolis, Indiana 46204-4236 | |
| jhokanson@tbtlaw.com | |

                                            /s/ Dennis F. McCrosson
                                            Dennis F. McCrosson (10240-49)
                                            Attorney for Plaintiff