

## McCROSSON & ASSOCIATES, P.C.

ATTORNEYS AT LAW

Dennis F. McCrosson
DMcCross@McCrossonlaw.com

October 14, 2014

*VIA CERTIFIED MAIL, RETURN RECIEPT REQUESTED*
Mr. Roosevelt Coar
Atlanta Birmingham Automotive Group, LLC
1025 Avocato Circle
Birmingham, AL 35214

      RE:    Atlanta Birmingham v. NextGear Capital, LLC
            Case No.: 1:14-cv-00765-SEB-MJD

Dear Mr. Coar:

     Enclosed herein please find the Order from the United States Federal Court regarding the matter referenced above. You are required to Appear in person at the United States Federal Court, Indianapolis Division, 46 E Ohio Street, Indianapolis, Indiana 46204 in room 243 at 3:30 PM on October 21, 2014.

                                      Very Truly Yours,

                                      McCROSSON & ASSOCIATES, P.C.

                                      Dennis F. McCrosson, Esq.

Enc.

*[Handwritten note: Roosevelt - This ltr confirms our earlier notice and our telephone conversation this date]*

**EXHIBIT A**

6249 U.S. Highway 31 South, Suite A · Indianapolis, Indiana 46227 · (317) 791-7800 · Fax (317) 781-4825 · www.McCrossonLaw.com



## McCROSSON & ASSOCIATES, P.C.

ATTORNEYS AT LAW

Dennis F. McCrosson
DMcCross@McCrossonlaw.com

October 14, 2014

*VIA CERTIFIED MAIL, RETURN RECIEPT REQUESTED*
Mr. Reginald McDaniel, Registered Agent
Atlanta Birmingham Automotive Group, LLC
401 37th Street South
Birmingham, AL 35222

    RE:   Atlanta Birmingham v. NextGear Capital, LLC
            Case No.: 1:14-cv-00765-SEB-MJD

Dear Mr. McDaniel:

    Enclosed herein please find the Order from the United States Federal Court regarding the matter referenced above. You are required to Appear in person at the United States Federal Court, Indianapolis Division, 46 E Ohio Street, Indianapolis, Indiana 46204 in room 243 at 3:30 PM on October 21, 2014.

                                  Very Truly Yours,

                                  McCROSSON & ASSOCIATES, P.C.

                                  Dennis F. McCrosson, Esq.

Enc.



# McCROSSON & ASSOCIATES, P.C.
ATTORNEYS AT LAW

September 30, 2014

*VIA CERTIFIED MAIL, RETURN RECIEPT REQUESTED*
Mr. Roosevelt Coar
Atlanta Birmingham Automotive Group, LLC
1107 5th Avenue North
Birmingham, AL 35203

    RE:    Atlanta Birmingham v. NextGear Capital, LLC
            Case No.: 1:14-cv-00765-SEB-MJD

Dear Mr. Coar:

    Enclosed herein please find the Order from the United States Federal Court regarding the matter referenced above. You are required to appear in person at the United States Federal Court, Indianapolis Division, 46 E Ohio Street, Indianapolis, Indiana 46204 in room 243 at 3:30 PM on October 21, 2014. Also, enclosed is a copy of Motion to Withdrawal, copy of letter from Dennis McCrosson dated September 4, 2014 and invoice for services.

                                              Very Truly Yours,

                                              McCROSSON & ASSOCIATES, P.C.

                                              *Rachel Browning*

                                              Rachel Browning
                                              Paralegal

Enc.
23873



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, ) ) ) | |
| Plaintiff, ) ) | No. 1:14-cv-00765-SEB-MJD |
| vs.   ) ) | |
| NEXTGEAR CAPITAL, INC., ) ) | |
| Defendant. ) | |

### NOTICE OF EX PARTE HEARING
Hon. Magistrate Judge Mark J. Dinsmore

Counsel for Defendant is notified that this matter is set for an *ex parte* hearing on counsel for Plaintiff's, Motion to Withdraw Appearance [Dkt. 39], on **October 21, 2014 at 3:20 p.m.** before Magistrate Judge Mark J. Dinsmore. Counsel for Defendant will not participate in this hearing. The telephonic status conference scheduled for October 10, 2014 is hereby **VACATED** and will be reset by further order of the Court

Dated: 09/29/2014

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel



Home    Government Records    Business Entities    Search    Details

## Business Entity Details

| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC | |
|---|---|
| Entity ID Number | 273 - 037 |
| Entity Type | Domestic Limited Liability Company |
| Principal Address | Not Provided |
| Principal Mailing Address | Not Provided |
| Status | Exists |
| Place of Formation | Jefferson County |
| Formation Date | 1-16-2013 |
| Registered Agent Name | MCDANIEL, REGINALD D |
| Registered Office Street Address | 401 37TH STREET SOUTH BIRMINGHAM, AL 35222 |
| Registered Office Mailing Address | 401 37TH STREET SOUTH BIRMINGHAM, AL 35222 |
| Nature of Business | OWN AND MANAGE A PRE-OWNED VEHICLE DEALERSHIP |
| Capital Authorized | |
| Capital Paid In | |
| Managers | |
| Manager Name | NOT PROVIDED |
| Manager Street Address | Not Provided |
| Manager Mailing Address | Not Provided |
| Organizers | |
| Organizer Name | NOT PROVIDED |
| Organizer Street Address | Not Provided |
| Organizer Mailing Address | Not Provided |
| Scanned Documents | |
| Click here to purchase copies. | |
| Document Date / Type / Pages | 1-25-2013   Articles of Formation   4 pgs. |

Browse Results    New Search

P.O. Box 5616
Montgomery, AL 36103-5616

Alabama Directory | Media | Online Services | Alabama.gov
Statements/Policies | Alerts | Survey/Comments | Feeds | Contact Us

Phone: (334) 242-7200
Fax: (334) 242-4993

http://arc-sos.state.al.us/cgi/corpdetail.mbr/detail?corp=273037&page=name&file=    10/14/2014

McCROSSON & ASSOCIATES, P.C.
ATTORNEYS AT LAW
6249 U.S. Highway 31 South, Suite A
Indianapolis, Indiana 46227

23873

VACANT 306

neopost
09/04/2014
US POSTAGE
FIRST-CLASS MAIL
$00.48⁰
ZIP 46227
041L13805907

Atlanta-Birmingham Automotive Group, LLC
Attn: Mr. Roosevelt Coar, Jr., Managing Member
1107
Birmi NIXIE  352  5E  1  0009  0010/18/14

RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 46227268973      *1712-02989-04-38

46227@2089
35209115



English    Customer Service    USPS Mobile                                    Register / Sign In



Search USPS.com or Track Packages   Subr

Quick Tools            Ship a Package       Send Mail       Manage Your Mail        Shop        Business Solutions

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70140510000015274988

## Product & Tracking Information

**Postal Product:**            **Features:**
                               Certified Mail™

## Available Actions

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 10, 2014, 5:51 am | Available for Pickup | BIRMINGHAM, AL 35202 |

Your item arrived at the BIRMINGHAM, AL 35202 post office at 5:51 am on October 10, 2014 and is ready for pickup. Information, if available, is updated periodically throughout the day. Please check again later.

| | | |
|---|---|---|
| October 9, 2014, 5:00 am | Departed USPS Facility | BIRMINGHAM, AL 35203 |
| October 2, 2014, 3:21 pm | Business Closed | BIRMINGHAM, AL 35203 |
| October 1, 2014, 10:36 pm | Arrived at USPS Facility | BIRMINGHAM, AL 35203 |
| September 30, 2014, 11:25 pm | Departed USPS Facility | INDIANAPOLIS, IN 46206 |
| September 30, 2014, 7:26 pm | Arrived at USPS Facility | INDIANAPOLIS, IN 46206 |

## Track Another Package

Tracking (or receipt) number

[                                    ]    Track It

LEGAL                   ON USPS.COM                              ON ABOUT.USPS.COM         OTHER USPS SITES
Privacy Policy ›        Government Services ›                    About USPS Home ›          Business Customer Gateway ›
Terms of Use ›          Buy Stamps & Shop ›                      Newsroom ›                 Postal Inspectors ›
FOIA ›                  Print a Label with Postage ›             USPS Service Alerts ›      Inspector General ›
No FEAR Act EEO Data ›  Customer Service ›                       Forms & Publications ›     Postal Explorer ›
                        Delivering Solutions to the Last Mile ›  Careers ›                  National Postal Museum ›
                        Site Index ›

USPS.COM  |  Copyright© 2014 USPS. All Rights Reserved.

| English | Customer Service | USPS Mobile | | Register / Sign In |



Search USPS.com or Track Packages    Subr

| Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions |

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70132250000072426531

## Product & Tracking Information

**Postal Product:**      **Features:**
                          Certified Mail™

## Available Actions

**Text Updates**

**Email Updates**

**Return Receipt After Mailing**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 17, 2014, 12:02 pm | Delivered | BIRMINGHAM, AL 35212 |

Your item was delivered at 12:02 pm on October 17, 2014 in BIRMINGHAM, AL 35212.

| October 16, 2014, 3:41 pm | Notice Left (No Authorized Recipient Available) | BIRMINGHAM, AL 35222 |
| October 16, 2014, 9:03 am | Out for Delivery | BIRMINGHAM, AL 35212 |
| October 16, 2014, 8:53 am | Sorting Complete | BIRMINGHAM, AL 35212 |
| October 16, 2014, 8:40 am | Arrived at Unit | BIRMINGHAM, AL 35212 |
| October 16, 2014, 2:39 am | Departed USPS Facility | BIRMINGHAM, AL 35203 |
| October 15, 2014, 5:12 pm | Arrived at USPS Facility | BIRMINGHAM, AL 35203 |
| October 14, 2014, 10:31 pm | Departed USPS Facility | INDIANAPOLIS, IN 46206 |
| October 14, 2014, 6:51 pm | Arrived at USPS Facility | INDIANAPOLIS, IN 46206 |

## Track Another Package

**Tracking (or receipt) number**

[                                              ]   Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

USPS.COM | Copyright© 2014 USPS. All Rights Reserved.

English        Customer Service        USPS Mobile                                                           Register / Sign In



Search USPS.com or Track Packages    Subr

Quick Tools                    Ship a Package           Send Mail          Manage Your Mail          Shop          Business Solutions

# USPS Tracking™

  **Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70132250000072426562

## Product & Tracking Information

**Postal Product:**                **Features:**
                                   Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 18, 2014 , 3:56 pm | Delivered | BIRMINGHAM, AL 35214 |

Your item was delivered at 3:56 pm on October 18, 2014 in BIRMINGHAM, AL 35214.

| | | |
|---|---|---|
| October 17, 2014 , 8:39 am | Out for Delivery | BIRMINGHAM, AL 35214 |
| October 17, 2014 , 8:29 am | Sorting Complete | BIRMINGHAM, AL 35214 |
| October 16, 2014 , 8:25 am | Arrived at Unit | BIRMINGHAM, AL 35214 |
| October 16, 2014 , 2:51 am | Departed USPS Facility | BIRMINGHAM, AL 35203 |
| October 15, 2014 , 5:41 pm | Arrived at USPS Facility | BIRMINGHAM, AL 35203 |
| October 14, 2014 , 10:31 pm | Departed USPS Facility | INDIANAPOLIS, IN 46206 |
| October 14, 2014 , 6:58 pm | Arrived at USPS Facility | INDIANAPOLIS, IN 46206 |

## Available Actions

Text Updates

Email Updates

Return Receipt After Mailing

## Track Another Package

Tracking (or receipt) number

[                              ]    Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

USPS.COM  |  Copyright© 2014 USPS. All Rights Reserved.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Roosevelt H Coar
   Atlanta Birmingham
   Automotive Group LLC
   1635 Avocado Circle
   Birmingham, AL 35214

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Walter Coar_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Walter Coar
C. Date of Delivery: 10/18/14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Priority Mail Express
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label):
   7013 2250 0000 7242 6562

PS Form 3811, July 2013  Domestic Return Receipt



