UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NEXTGEAR CAPITAL, INC., <br><br> Defendant. | No. 1:14-cv-00765-SEB-MJD |

**MINUTE ENTRY FOR OCTOBER 21, 2014**
**HEARING**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

This matter came before for an ex parte hearing on counsel for Plaintiff's Motion to Withdraw [Dkt. 39]. Counsel for Plaintiff orally moved to withdraw their motion, which the Court will GRANT. Accordingly, the Clerk is directed to show Dkt. 39 as **WITHDRAWN**. On or before October 29, 2014, Plaintiff is to file its Federal Rule of Civil Procedure 7.1 Disclosure Statement.

This matter is scheduled for a telephonic status conference on **Monday, November 3, 2014 at 10:50 a.m.** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 10/22/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.