UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NEXTGEAR CAPITAL, INC., )<br>)<br>Defendant. ) | No. 1:14-cv-00765-SEB-MJD |

**ORDER REGARDING SUBJECT MATTER JURISDICTION**

Defendant's Notice of Removal, which bases jurisdiction upon diversity of citizenship, provides in relevant part as follows:

> Plaintiff is a limited liability company organized under the laws of Alabama with its principal place of business in Alabama. . . . Defendant is a corporation organized under the laws of Delaware with its principal place of business in Indiana. . . .Thus, all parties are completely diverse as required under 28 U.S.C. § 1332.

[Dkt. 1 at 5.] As articulated in *Thomas v. Guardsmark*, "[f]or diversity jurisdiction purposes, the citizenship of an LLC is **the citizenship of each of its members**. Consequently, an LLC's jurisdictional statement must identify the citizenship of each of its members as of the date the complaint or notice of removal was filed, and, if those members have members, the citizenship of those members as well." 487 F.3d 531, 534 (7th Cir. 2007) (emphasis added) (citation omitted). The parties must therefore identify the membership of Plaintiff Atlanta-Birmingham Automotive Group, LLC, and the citizenship of each of those members before complete diversity of citizenship can be established.

The Court thus **ORDERS** Plaintiff to file, within fourteen days of the date of this order, a supplemental jurisdictional statement identifying the citizenship of each of the members of Atlanta-Birmingham Automotive Group, LLC as of the date of removal and, if any of the members of Plaintiff is itself a limited liability company or other unincorporated association, then the citizenship of the members of those entities as well.

Dated: 10/22/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Giles G Perkins
ADAMS & REESE LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL 35203

Russell J Rutherford
ADAMS AND REESE LLP
1901 6th Avenue North, Suite 3000
Birmingham, AL 35203

Blake N. Shelby
FROST BROWN TODD LLC
bshelby@fbtlaw.com

Jeffrey A. Hokanson
FROST BROWN TODD LLC
jhokanson@fbtlaw.com

Ryan S. McCrosson
MCCROSSON & ASSOCIATES
rmccrosson@mccrossonlaw.com

Dennis Francis McCrosson, III
MCCROSSON & ASSOCIATES
dmccross@mccrossonlaw.com

Charles I Brooks
THE BROOKS LAW FIRM PC
2 North 20th Street
Suite 1100
Birmingham, AL 35203