UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEXTGEAR CAPITAL, INC., )<br>)<br>Defendant. ) | Case No.: 1:14-cv-00765-SEB-MJD |

**ORDER ON DEFENDANT'S MOTION TO EXTEND DEADLINES TO FILE INITIAL DISCLOSURES AND PRELIMINARY WITNESS AND EXHIBIT LISTS**

This matter came before the Court on the Motion of Defendant NextGear Capital, Inc. to extend the deadlines to file initial disclosures and preliminary witness and exhibit lists [Dkt. 37], and the Court being duly advised now **GRANTS IN PART** and **DENIES IN PART** the motion. The parties' approved Case Management Plan as amended [Dkts. 25 & 32] is hereby amended as follows:

**III. Pretrial Pleadings and Disclosures**

    A. The parties shall serve their Fed. R. Civ. P. 26 initial disclosures on or before **October 29, 2014**.

    B. Plaintiff(s) shall file preliminary witness and exhibit lists on or before **October 29, 2014**.

    C. Defendant(s) shall file preliminary witness and exhibit lists on or before **November 5, 2014**.

    E. Plaintiff(s) shall serve Defendant(s) (but not file with the Court) a statement of special damages, if any, and make a settlement demand, on or before **October 29, 2014**. Defendant(s) shall serve on the Plaintiff(s) (but not file with the Court) a response thereto within **21 days** after receipt of the demand.

All other requirements of the parties' approved Case Management Plan as amended [Dkts. 25 & 32] remain in effect.

DATED: 10/22/2014

                                                    Mark J. Dinsmore
                                                    United States Magistrate Judge
                                                    Southern District of Indiana

COPIES TO:

Jeffrey A. Hokanson
jhokanson@fbtlaw.com

Blake N. Shelby
bshelby@fbtlaw.com

Dennis F. McCrosson, III
dmccross@mccrossonlaw.com

Ryan S. McCrosson
rmccrosson@mccrossonlaw.com