UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )   CASE NO: 1:14-cv-00765-SEB-MJD |
| NEXTGEAR CAPITAL, INC, | ) ) ) |
| Defendant | ) ) |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Atlanta-Birmingham Automotive Group, LLC, by counsel, pursuant to Federal Rule of Civil Procedure 7.1, hereby discloses the following:

Atlanta-Birmingham Automotive Group, LLC owns 100% of Atlanta-Birmingham Automotive Group, LLC. There is no other corporation that owns 10% or more of Atlanta-Birmingham Automotive Group, LLC.  The general natures and purpose of Atlanta-Birmingham Automotive Group, LLC is retail sale of used-automobiles.

        Respectfully submitted,

        McCROSSON & ASSOCIATES, P.C.

        /s/ Ryan S. McCrosson
        Ryan S. McCrosson (29710-53)
        Attorney for Plaintiff

McCROSSON & ASSOCIATES, P.C.
6249 U.S. Highway 31 South, Suite A
Indianapolis, Indiana 46227
Telephone:  (317)791-7800
rmccrosson@mccrossonlaw.com

## CERTIFICATION OF SERVICE

      I hereby certify that on October 27, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by the Court's electronic filing system. Parties may access this filing through the Court's system.

Jeffrey A. Hokanson, Esq.
FROST BROWN TODD
201 North Illinois Street
Suite 1900
Indianapolis, Indiana 46204-4236
jhokanson@tbtlaw.com

                                    /s/ Ryan S. McCrosson
                                    Ryan S. McCrosson (29710-53)
                                    Attorney for Plaintiff