UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO: 1:14-cv-00765-SEB-MJD ) |
| NEXTGEAR CAPITAL, INC, | ) ) |
| Defendant | ) ) ) |

## PLAINTIFF'S RULE 26 INITIAL DISCLOSURE

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedures, Plaintiff Atlanta-Birmingham Automotive Group, LLCs ("Plaintiff"), hereby provides the following initial disclosures:

A. The name and, if know, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**Disclosure:** Plaintiffs tenders the following disclosure as responsive to the above request. Plaintiff reserves the right to supplement this request upon further discovery and investigation:

    I.    Jackie Turner
           North American Auto Finance
           1207 N Causeway Blvd
           Metairie, LA 700001
           1-225-767-0433

    II.    Jamie Newsome
           National Auto Acceptance
           2600 Belle Chasse Hwy #206
           Gretna, LA 70056
           1-866-890-2415

    III.    Mr. Roosevelt Coar, Jr.
           Atlanta-Birmingham Automotive Group, LLC
           P.O. Box 13633
           Birmingham, AL 35202-3581

    IV.    Ms. Dwaine Coar
           Atlanta-Birmingham Automotive Group, LLC
           P.O. Box 13633
           Birmingham, AL 35202-3581

    V.    Brent Robinson
           Next Gear Capital
           (current address and contacts unknown)

B.    A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**Disclosure:**

    I.    Next Gear documents in the control and custody of Defendant:

        a.    Demand Promissory Note;

        b.    Individual Guarantee;

        c.    Next Gear Receivable Details Writeoff;

        d.    Correspondence;

    II.    State and Federal Filings provided through the United States District Court, Southern District of Indiana Case No.: 1:14-cv-00765-SEB-MJD; Hamilton, Indiana Superior Court, Cause No.: 29D01-1403-CC-2626.

    III.    Atlanta-Birmingham Automotive Group, LLC

        a.    Financial information including past revenues, expenses and profit-projections, applications for credit, prior credit-worthiness, and all other relevant material.

        b.    Applications for credit and affidavits supporting same, including, affidavits from credit-issuing agencies regarding actions of Next Gear representatives.

C.    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including material bearing on the mature and extent of injuries suffered.

**Disclosure:**

Plaintiff believes that under Alabama law, upon the cause of action before this court, Plaintiff is entitled to a release of all debts associated with any outstanding balances in favor of Next Gear, damages due to the destruction of Plaintiff's business, treble damages, attorney fees and costs in an amount to be determined through this adjudication.   Plaintiff reserves the right to supplement this request pending further discovery and investigation.

D.     For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Disclosure:**

Plaintiff at this time is unaware of any policies of insurance which would be implicated by this suit.  Plaintiff reserves the right to supplement this request pending further discovery and investigation.

       Respectfully submitted,

          McCROSSON & ASSOCIATES, P.C.

          /s/ Ryan S. McCrosson
          Ryan S. McCrosson (29710-53)
          Attorney for Plaintiff

McCROSSON & ASSOCIATES, P.C.
6249 U.S. Highway 31 South, Suite A
Indianapolis, Indiana 46227
Telephone:  (317)791-7800
rmccrosson@mccrossonlaw.com

## CERTIFICATION OF SERVICE

      I hereby certify that on October 29, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by the Court's electronic filing system. Parties may access this filing through the Court's system.

Jeffrey A. Hokanson, Esq.
Blake N. Shelby, Esq.
FROST BROWN TODD
201 North Illinois Street
Suite 1900
Indianapolis, Indiana 46204-4236
jhokanson@tbtlaw.com
bshelby@fbtlaw.com
thalcomb@fbtlaw.com

                                      /s/ Ryan S. McCrosson
                                      Ryan S. McCrosson (29710-53)
                                      Attorney for Plaintiff