UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM ) <br> AUTOMOTIVE GROUP, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NEXTGEAR CAPITAL, INC, ) <br> ) <br> Defendant ) <br> _____ ) | CASE NO: 1:14-cv-00765-SEB-MJD |

**PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST**

Atlanta-Birmingham Automotive Group, LLC ("Plaintiff") provides the following preliminary witness and exhibit list pursuant to the courts Amended Case Management Order through its Order on Defendant's motion to Extend Deadlines to File Initial Disclosures and Preliminary Witness and Exhibit Lists [Dkt. 46]:

**I.    Preliminary Witness List: Plaintiff tenders the following Preliminary Witness List. Plaintiff reserves the right to supplement this request pending further discovery and investigation.**

      A.    Jackie Turner
            North American Auto Finance
            1207 N Causeway Blvd
            Metairie, LA 700001
            1-225-767-0433

      B.    Jamie Newsome
            National Auto Acceptance
            2600 Belle Chasse Hwy #206
            Gretna, LA 70056
            1-866-890-2415

      C.    Mr. Roosevelt Coar, Jr.
            Atlanta-Birmingham Automotive Group, LLC
            P.O. Box 13633
            Birmingham, AL 35202-3581

  D. Ms. Dwaine Coar
    Atlanta-Birmingham Automotive Group, LLC
    P.O. Box 13633
    Birmingham, AL 35202-3581

  E. Brent Robinson
    Next Gear Capital
    (current address and contacts unknown)

  F. Any person with information regarding Plaintiff's applications for credit;

  G. Any person with information regarding the background or employment of Brent Robinson;

  H. Employees or managers of Brent Robinson;

  I. Any person needed to authenticate or lay a foundation for any document, tangible, intangible, or witness;

  J. Any person whom is deposed in this matter or whom tenders affidavit in this matter;

  K. Any person necessary for impeachment or rebuttal;

  L. Any person discovered through further investigation or discovery;

  M. Any witness or person listed on the other party's witness or exhibit list or initial disclosures.

Discovery in this matter is ongoing. Plaintiff reserves the right to supplement this with other potential witnesses identified through discovery or investigation subsequent to the filing of this preliminary Witness and Exhibit List.

**II. Preliminary Exhibit List: Plaintiff issues the following preliminary exhibit list. Plaintiff reserves the right to supplement this list pending further discovery and investigation.**

  A. Next Gear documents in the control and custody of Defendant including: Demand Promissory Note; Individual Guarantee; Next Gear Receivable Details Writeoff; Relevant Next Gear correspondence; Internal employee documentation and records regarding Brent Robinson; All other discoverable information in the possession of Next Gear regarding the actions of Brent Robinson while in the employment of Next Gear and associated with Plaintiffs; any and all documents relied upon, discovered, and or produced by Next Gear.

  B. All State and Federal pleadings, orders and filings provided through the United States District Court, Southern District of Indiana Case No.: 1:14-cv-00765-SEB-MJD, and Hamilton, Indiana Superior Court, Cause No.: 29D01-1403-CC-2626.

   C. Atlanta-Birmingham Automotive Group, LLC documents including: Financial information including: Past revenues, investments, expenses and profit-projections, past sales data, applications for credit; Documents regarding: Plaintiffs' prior credit-worthiness; all other relevant material regarding the effect of the actions of Brent Robinson and Next Gear upon Plaintiff.

   D. Third Party Information: Any applications filed by Plaintiff for credit; any determinations, correspondence, and records maintained by credit-issuing agencies regarding applications filed by Plaintiff; Any depositions or discovery received from the aforementioned credit-issuing agencies; Any depositions or discovery regarding Brent Robinson; Any depositions or Discovery from employees or representatives associated with these credit-issuing agencies; All title related documents regarding any assets which were associated with Next Gear and Plaintiff and are currently or formerly secured, in any manner, through Next Gear.

   E. Any non-privileged documents relating to the line of credit maintained by and between Next Gear and Plaintiffs;

   F. Any correspondence by and between Next Gear and Plaintiff;

   G. Any affidavits filed in this matter;

   H. Any depositions taken in this matter;

   I. All discovery in this matter and responses thereto, including any documents produced by any party;

   J. All documents produced in this matter by any third party;

   K. All documents prepared by or relied upon by any expert in this matter;

   L. Any document or exhibit identified in any other party's initial disclosures or exhibit list;

   M. Any written note or correspondence made by any expert witness;

   N. Any prior testimony, including but not limited to trial or deposition testimony, of any expert or witness identified by any party in this matter;

   O. Any evidence necessary for rebuttal or impeachment, which may depend upon testimony at trial;

   P. Any document relating to or evidencing Defendant's counterclaims, current, or future, or damages;

   Q. Any affidavit used to authenticate documents,

   R. Any resume and/or curriculum vitae of any expert witness in this matter

Discovery in this matter is ongoing. Plaintiff reserves the right to supplement this with other potential witnesses identified through discovery or investigation subsequent to the filing of this preliminary Witness and Exhibit List.

                Respectfully submitted,

                McCROSSON & ASSOCIATES, P.C.

                /s/ Ryan S. McCrosson
                Ryan S. McCrosson (29710-53)
                Attorney for Plaintiff

McCROSSON & ASSOCIATES, P.C.
6249 U.S. Highway 31 South, Suite A
Indianapolis, Indiana 46227
Telephone: (317)791-7800
rmccrosson@mccrossonlaw.com

## **CERTIFICATION OF SERVICE**

   I hereby certify that on October 29, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by the Court's electronic filing system. Parties may access this filing through the Court's system.

Jeffrey A. Hokanson, Esq.
Blake N. Shelby, Esq.
FROST BROWN TODD
201 North Illinois Street
Suite 1900
Indianapolis, Indiana 46204-4236
jhokanson@tbtlaw.com
bshelby@fbtlaw.com
thalcomb@fbtlaw.com

           /s/ Ryan S. McCrosson
           Ryan S. McCrosson (29710-53)
           Attorney for Plaintiff