UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, | ) CASE NO. 1:14-CV-00765-SEB-MJD |
| Plaintiff, | ) |
| v. | ) |
| NEXTGEAR CAPITAL, INC., | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for Defendant NextGear Capital, Inc.

FROST BROWN TODD LLC

By: */s/Jacob V. Bradley*
Jacob V. Bradley, #27750-49

Attorneys for Defendants
NextGear Capital, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that on 29th day of October, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dennis F. McCrosson, III
Ryan S. McCrosson
McCrosson & Associates, P.C.
dmccross@mccrossonlaw.com
rmccrosson@mccrossonlaw.com

                                        */s /Jacob V. Bradley*
                                        Jacob V. Bradley

FROST BROWN TODD LLC
201 N. Illinois St., Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
Phone:  317-237-3800
Fax: 317-237-3900
jbradley@fbtlaw.com