UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, | ) CASE NO. 1:14-CV-00765-SEB-MJD |
| Plaintiff, | ) |
| v. | ) |
| NEXTGEAR CAPITAL, INC., | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Blake N. Shelby hereby notifies the Court and all counsel of record that he is withdrawing his appearance on behalf of defendant, NextGear Capital, Inc. This Notice of Withdrawal is being filed contemporaneously with the appearance of Jacob V. Bradley of Frost Brown Todd LLC on behalf of defendant, NextGear Capital, Inc. Defendant, NextGear Capital, Inc., will continue to be represented by Jacob V. Bradley and Jeffrey A. Hokanson.

FROST BROWN TODD LLC

By: */s/Blake N. Shelby*
Jeffrey A. Hokanson, ##14579-49
Blake N. Shelby, #28064-29
Jacob V. Bradley, #27750-49

Attorneys for Defendant
NextGear Capital, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on 29th day of October, 2014, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dennis F. McCrosson, III
Ryan S. McCrosson
McCrosson & Associates, P.C.
dmccrosson@mccrossonlaw.com
rmccrosson@mccrossonlaw.com

                                      */s/Blake N. Shelby*
                                      Blake N. Shelby

FROST BROWN TODD LLC
201 N. Illinois St., Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
jhokanson@fbtlaw.com
bshelby@fbtlaw.com
jbradley@fbtlaw.com