UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, </br></br>　　　　　Plaintiff, </br></br>　　vs. </br></br>NEXTGEAR CAPITAL, INC., </br></br>　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) )   No. 1:14-cv-00765-SEB-MJD |

**ENTRY STRIKING INITIAL DISCLOSURE**

Federal Rule of Civil Procedure 5(d)(1) and Local Rule 26-2 prohibit the <u>filing</u> of discovery materials except when filed in relation to a motion under Fed R. Civ P. 26(c) or 37, in anticipation of use at trial or on appeal, or in response to a court order.  Instead, routine discovery must be <u>served</u> on opposing parties using a method described under Fed. R. Civ. P. 5(b)(2).  The only document that may be filed with regard to initial disclosures would be a "Notice of Service of Initial Disclosure".   Counsel for Plaintiff has filed their actual disclosures.   Therefore the Court **STRIKES** Plaintiff's Initial Disclosures [Dkt.  48]. The Clerk is directed to show Dkt.  48 stricken from the docket.

Dated:  10/30/2014

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel