UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) No. 1:14-cv-00765-SEB-MJD |
| vs. | )<br>) |
| NEXTGEAR CAPITAL, INC., | )<br>) |
| Defendant. | ) |

**MINUTE ENTRY FOR NOVEMBER 3, 2014**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties report that, aside from initial disclosures, no discovery has been served. They further report that they are attempting to negotiate an early resolution of the matter.

This matter is scheduled for a telephonic status conference on **Friday, December 5, 2014 at 8:40 a.m.** to discuss case status. Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 11/03/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.