**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )   CASE NO: 1:14-cv-00765-SEB-MJD |
| NEXTGEAR CAPITAL, INC, | ) ) ) |
| Defendant | ) ) ) |

**SUPPLEMENTAL JURISDICTIONAL STATEMENT**

Comes now, Atlanta-Birmingham Automotive Group, LLC., ("Plaintiff") by Counsel, and tenders its Supplemental Jurisdictional Statement. In support hereof, Counsel shows the Court the following:

1. On December 5, 2013, Plaintiff filed its Complaint in the Circuit Court of Jefferson County, Alabama. *See* Dkt. 1, at Exhibit A-C.

2. On April 7, 2014 NextGear Capital, Inc. ("Defendant") filed their Notice of Removal from the Circuit Court of Jefferson County, Alabama, to the United States District Court for the Northern District of Alabama. *See* Dkt. 1.

3. On May 13, 2014, the cause was transferred from the United States District Court for the Northern District of Alabama to the United States District Court, Southern District of Indiana, Indianapolis Division. *See* Dkt. 11-12.

4. Plaintiff was incorporated as a Limited Liability Company on or about January 25, 2013, in the State of Alabama; *See* Exhibit A, at 2.

5. Plaintiffs' principal place of business is, and always has been, the State of Alabama;

6. At the date of filing of the Complaint, at the date of Notice of Removal, and at the date of the filing of this document, the sole member of Plaintiff has been, and currently is, Mr. Roosevelt Coar. *See* Exhibit A, at 2.

7. At the date of filing of the Complaint, at the date of Notice of Removal, and at the date of the filing of this document, Mr. Roosevelt Coar's principal address and domicile is 1107 5th Avenue North, Birmingham, AL 35203.

8. At the date of the filing of the Complaint, at the date of Notice of Removal, and at the date of the filing of this document, Mr. Roosevelt Coar has been physically present with the intent to remain in the State of Alabama and is a citizen of the State of Alabama.

    Respectfully submitted,

    McCROSSON & ASSOCIATES, P.C.

    */s/ Ryan S. McCrosson*
    Ryan S. McCrosson (29710-53)
    Attorney for Plaintiff

McCROSSON & ASSOCIATES, P.C.
6249 U.S. Highway 31 South, Suite A
Indianapolis, Indiana 46227
Telephone: (317)791-7800
rmccrosson@mccrossonlaw.com

## CERTIFICATION OF SERVICE

I hereby certify that on November 5, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by the Court's electronic filing system. Parties may access this filing through the Court's system.

Jeffrey A. Hokanson
Jacob V. Bradley
FROST BROWN TODD
201 North Illinois Street
Suite 1900
Indianapolis, Indiana 46204-4236
jhokanson@tbtlaw.com
jbradley@fbtlaw.com

                    */s/ Ryan S. McCrosson*
                    Ryan S. McCrosson (29710-53)
                    Attorney for Plaintiff