Jim Bennett  
Secretary of State

P.O. Box 5616  
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Jim Bennett, Secretary of State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

as appears on file and of record in this office, the pages hereto attached, contain a true, accurate, and literal copy of the Articles of Formation filed on behalf of ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC, as received and filed in the Office of the Secretary of State on 01/25/2013.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the city of Montgomery, on this day.**

11/05/2014  
**Date**

2014110500007976

**Jim Bennett**     **Secretary of State**

# ARTICLES OF ORGANIZATION OF
# ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC
## A Manager-Managed
## ALABAMA LIMITED LIABILITY COMPANY

Pursuant to the provisions of the Alabama Limited Liability Company Act, the undersigned hereby adopts the following Articles of Organization.

**ARTICLE I**    The name of the single member Limited Liability Company is:

## ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP, LLC

**ARTICLE II**    The duration of the Limited Liability Company is:

Perpetual.

**ARTICLE III**    The Limited Liability Company has been organized for the Following purposes:

The operation, ownership and management of a pre-owned vehicle dealership engaging in the business of buying and selling pre-owned vehicles in the State of Alabama.

**ARTICLE IV**    The street address of the registered office and the name of the registered agent shall be:

Reginald D. McDaniel, Esq.
401 37th Street South
Birmingham, AL 35222

Bk: LR201310 Pg: 12839
Jefferson County, Alabama
I certify this instrument filed on
01/16/2013 11:51:22 AM INC
Judge of Probate- Alan L. King

**ARTICLE V**    The names and addresses of the initial members are:

Roosevelt Coar
1107 5th Avenue North
Birmingham, AL 35203

**ARTICLE VI**    The Limited Liability Company is to be a manager-managed company.

~~Any provision, not inconsistent with the law, for the regulation on the internal affairs of the~~ Limited Liability Company are permitted to be set out in the operating agreement of the LLC.

IN WITNESS THEREOF, the undersigned member(s) executed these Articles of

Organization on this, the 1st day of January, 2013.

Signature of Member(s):

*[signature]*

Roosevelt Coar

**This document prepared by:**
Reginald D. McDaniel
Attorney At Law
401 37th Street South
Birmingham, AL 35222

Beth Chapman
Secretary of State

P. O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

pursuant to the provisions of Title 10A, Chapter 1, Article 5, *Code of Alabama 1975*, and upon an examination of the entity records on file in this office, the following entity name is reserved as available:

**Atlanta-Birmingham Automotive Group, LLC**

This domestic limited liability company is proposed to be formed in Alabama and is for the exclusive use of Duan Coar, 2533 30th Street West, Birmingham, AL 35208-3611 for a period of one hundred twenty days beginning December 5, 2012 and expiring April 5, 2013.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the city of Montgomery, on this day.**

December 5, 2012
**Date**

*Beth Chapman*

615-982

**Beth Chapman**          **Secretary of State**

Alabama
Sec. Of State

New Entity
273-037        DLL
Date      1/25/2013
Time         17:00
130529        4 Pg

File       $100.00
Ackn         $.00
Exp          $.00
-----------
Total      $100.00
05/062

Jefferson County
  I, the Undersigned, as Judge of Probate in and for said County, in said State, hereby certify that the foregoing is a full, true and correct copy of the instrument with the filing of same as appears of record in this office in vol 201310 page 12839

Given under my hand and official seal, this the 16 day of JANUARY 2013

_____
Alan L. King
Judge of Probate

20130116000049920   3/3
Bk: LR201310 Pg:12839
Jefferson County, Alabama
01/16/2013 11:51:22 AM INC
Fee - $63.00

Total of Fees and Taxes-$63.00
LYNN