UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, | ) CASE NO. 1:14-CV-00765-SEB-MJD |
| Plaintiff, | ) |
| v. | ) |
| NEXTGEAR CAPITAL, INC., | ) |
| Defendants. | ) |

**DEFENDANT NEXTGEAR CAPITAL, INC.'S
PRELIMINARY WITNESS AND EXHIBIT LIST**

Defendant, NextGear Capital, Inc., by counsel and pursuant to the Court's Order on Defendant's Motion to Extend Deadlines to File Initial Disclosures and Preliminary Witness and Exhibit Lists (Doc. No. 46), submits the following Preliminary List of Witnesses and Exhibits:

**Preliminary List of Witnesses**

Defendant may call the following witnesses at the trial of this case:

1. Corporate representative of Plaintiff Atlanta-Birmingham Automotive Group, Inc.

2. Roosevelt Coar, Jr.

3. Agents, employees and/or representatives of Defendant.

4. Any person with knowledge or information regarding the allegations and defenses at issue in this matter, who may be identified through discovery, which is ongoing.

5. Any person or custodian of records necessary to authenticate or provide a foundation for documents or other exhibits.

6. Expert witnesses identified by any party in accordance with the Court's Case Management Plan.

7. Any witnesses properly identified or called by Plaintiff.

8. Any witnesses needed for impeachment or rebuttal, including but not limited to, expert witnesses.

9. Any and all witnesses identified in discovery either through testimony or otherwise identified on any of the documents produced in discovery.

Defendant reserves the right to supplement this Preliminary List of Witnesses as discovery continues and will promptly notify counsel for Plaintiff of the same.

### Preliminary Exhibit List

1. Any pleadings filed in this case.

2. Executed copies of all contracts between the parties including, without limitation, the Demand Promissory Note and Loan and Security Agreement, Advance Schedule, Power of Attorney, Individual Guaranty, ACH Authorization Request, and any modifications of the same.

3. Defendant's file regarding the Agreement.

4. Payment History for the Agreement.

5. Copies and records of correspondence/communications between Plaintiff and Defendant.

6. Copies of all UCC-1 Financing Statements.

7. Defendant's receivable detail reports.

8. All Bills of Sale and similar documents.

9. All documents produced by Defendant not previously mentioned.

10. Any documents produced by Plaintiff not previously mentioned.

11. All discovery requests and responses propounded by the parties and all attachments to the same.

12. Any document identified by or in the possession, custody, or control of Plaintiff.

13. All publicly-recorded documents (including liens, titles, etc.) related to the vehicles at issue.

14. All exhibits listed by Plaintiff.

15. Any exhibit used by any party to support or oppose dispositive motions filed in this matter.

16. All presently-unknown exhibits identified through discovery.

17. All exhibits needed for rebuttal or impeachment.

18. Demonstrative exhibits.

19. Enlargements of other listed exhibits.

20. All documents or other items relied upon by expert witnesses in formulating their opinions, including, without limitation, expert reports.

21. The curriculum vitae of any testifying expert witness retained by either party.

Defendant reserves the right to amend this Preliminary Exhibit List as new information becomes available and will promptly notify counsel for Plaintiff of the same.

FROST BROWN TODD LLC


By: */s/ Jacob V. Bradley*
Jeffrey A. Hokanson, #14579-49
Jacob V. Bradley, #27750-49

Attorneys for Defendants
NextGear Capital, Inc.

## CERTIFICATE OF SERVICE

  I hereby certify that on 5th day of November 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dennis F. McCrosson, III
Ryan S. McCrosson
McCrosson & Associates, P.C.
dmccross@mccrossonlaw.com
rmccrosson@mccrossonlaw.com

              */s/ Jacob V. Bradley*
               Jacob V. Bradley

FROST BROWN TODD LLC
201 N. Illinois St., Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
Phone:  317-237-3800
Fax: 317-237-3900
jhokanson@fbtlaw.com
jbradley@fbtlaw.com

4