UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) No. 1:14-cv-00765-SEB-MJD<br>)<br>) |
| NEXTGEAR CAPITAL, INC., | )<br>) |
| Defendant. | ) |

**MINUTE ENTRY FOR DECEMBER 5, 2014
STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties report that they are continuing to work toward a resolution of the matter. The parties were reminded that a settlement conference is scheduled for March 4, 2015 and the liability discovery cut-off of is March 13, 2015.

This matter is scheduled for a telephonic status conference on **Monday, December 29, 2014 at 8:40 a.m.** to discuss case status. Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  12/05/2014

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.