UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, )<br>)<br>Plaintiff, )<br>)  No. 1:14-cv-00765-SEB-MJD<br>vs. )<br>)<br>NEXTGEAR CAPITAL, INC., )<br>)<br>Defendant. ) | |

**MINUTE ENTRY FOR DECEMBER 29, 2014**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties reported on the status of settlement discussions. The parties further report they intend to serve discovery in the near future.

This matter is scheduled for a telephonic conference on **Wednesday, January 21, 2015 at 8:40 a.m.** to discuss status of settlement negotiations. The President or Chief Executive Officer of the Defendant and the managing member of the Plaintiff are ordered to participate. In addition, any personal guarantors of the Plaintiff's debts to Defendant are ordered to be on the call as well. Counsel and parties shall attend the telephone conference by calling 1-877-336-1839, Access Code 4951264 and Security Code 040714.

Dated:  12/29/2014

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.