UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEXTGEAR CAPITAL, INC.,<br><br>Defendants. | ) CASE NO. 1:14-CV-00765-SEB-MJD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF BOB EARLE

The affiant, Bob Earle, being first duly sworn upon his oath, states:

1. I am a competent adult and have personal knowledge of the matters described in this affidavit.

2. I am employed by NextGear Capital, Inc. ("NextGear"), and hold the office of Vice President of Risk.

3. As the VP of Risk, I am familiar with how NextGear staffs and manages defaulted dealers.

4. I have been advised that telephonic conference is scheduled for January 21, 2015, at 8:40 a.m. to discuss the status of settlement negotiations respecting this case, and that the Court has ordered the President or Chief Executive Officer of NextGear to participate as NextGear's business representative.

5. Respectfully, the President of NextGear personally would not be familiar with the underwriting, issuance, administration or collection of loans made by NextGear to particular dealerships, including as related to the Dealer in this case, nor would he be personally involved with the litigation commenced against, or which is initiated by, NextGear and related to such

loans. Rather, the President delegates those responsibilities to the other executives and departments within NextGear.

6.  In particular, the Risk Department, and especially the Director of Risk, John Goodyear, one of my direct reports, would be the most qualified person to participate in the status conference and settlement discussion on behalf of NextGear. While I oversee Risk issues on a company-wide basis, Mr. Goodyear has more personal knowledge of how each account is handled.

7.  Mr. Goodyear is both uniquely-suited and qualified to participate in the settlement conference as NextGear's business representative. Mr. Goodyear's duties include the management of risks threatened or presented by the Defendant's lending operations, and is charged with overseeing the very sorts of issues presented in this case. Mr. Goodyear is further familiar with loans of the sort at issue in this case, and how such loans are underwritten, issued, administered, and collected.

8.  In the normal course of his responsibilities as Director of Risk, Mr. Goodyear is fully authorized and has absolute discretion to bind NextGear in making decisions respecting the issues raised in this case, both during the status conference and settlement discussions and thereafter.

And further affiant sayeth naught.

Date _1/20/15_

_Bob Earle_ (signature)
Bob Earle
Vice President of Risk

| | |
|---|---|
| STATE OF INDIANA | ) |
| | ) SS: |
| COUNTY OF HAMILTON | ) |

    Before me, a Notary Public in and for said County and State, personally appeared Bob Earle, who acknowledged the execution of the foregoing Affidavit, and who, having been duly sworn, states that all representations contained therein are true.

    Witness my hand and Notarial Seal this 20th day of January, 2015.

Notary Signature _____Gwen H. B_____

Notary, Printed _____Gwen H. Brown_____

My Commission Expires: 04/11/2022    County of Residence: Hamilton

3