UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, | ) ) ) | CASE NO.  1:14-CV-00765-SEB-MJD |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| NEXTGEAR CAPITAL, INC., | ) ) | |
| Defendants. | ) | |

**ORDER ON DEFENDANT'S MOTION FOR PARTIAL RELIEF FROM MINUTE ENTRY FOR DECEMBER 29, 2014 STATUS CONFERENCE**

This matter is before the Court on the Defendant's for Motion for Partial Relief from Minute Entry for December 29, 2014 Status Conference, as filed on January 20, 2015.

And the Court, having considered said Motion and the affidavit filed in support thereof, and having noted that the Plaintiffs have no objection to the relief requested therein, now finds that said motion should be and is hereby granted.

IT IS THEREFORE ORDERED that the President or Chief Executive Officer of the Defendant is excused from participation in the telephonic settlement conference scheduled for January 21, 2015, in favor of the participation of Defendant's Director of Risk, John Goodyear, as the Defendant's business representative.

Dated: _____

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana