UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, | ) CASE NO. 1:14-CV-00765-SEB-MJD |
| Plaintiff, | ) |
| v. | ) |
| NEXTGEAR CAPITAL, INC., | ) |
| Defendants. | ) |

## ORDER DENYING DEFENDANT'S MOTION FOR PARTIAL RELIEF FROM MINUTE ENTRY FOR DECEMBER 29, 2014

This matter is before the Court on the Defendant's for Motion for Partial Relief from Minute Entry for December 29, 2014 Status Conference, as filed on January 20, 2015.

And the Court, having considered said Motion and the affidavit filed in support thereof, now **DENIES** said motion.

While Defendant is welcome to have John Goodyear or any other representatives participate in the January 21, 2015 telephonic conference, Defendant's President or Chief Executive Officer **shall** participate in the January 21, 2015 telephonic conference as required by the Court's Minute Entry for December 29, 2014 [Dkt. 63].

So ordered.

Dated: 01/20/2015

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel