**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, | ) | Case No. 1:14-CV-00765-SEB-MJD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Defendant. | | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Jacob V. Bradley, formerly of the law firm of Frost Brown Todd LLC, moves the Court, pursuant to S.D. Ind. L.R. 83-7(c)(4), for leave to withdraw his appearance on behalf of Defendant, NextGear Capital, Inc. in this matter. Defendant will continue to be represented by Jeffrey A. Hokanson of Frost Brown Todd LLC.

QUARLES & BRADY LLC

By: *s/Jacob V. Bradley*
Jacob V. Bradley
**QUARLES & BRADY LLP**
135 North Pennsylvania Street
BMO Building, Suite 2400
Indianapolis, IN  46204
Phone: 317-957-5000
Fax: 317-957-5010
Jacob.Bradley@quarles.com

*Attorney for Defendant,
NextGear Capital, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2015, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Dennis F. McCrosson, III<br>Ryan S. McCrosson<br>MCCROSSON & ASSOCIATES<br>dmccross@mccrossonlaw.com<br>rmccrosson@mccrossonlaw.com | Jeffrey A. Hokanson<br>FROST BROWN TODD LLC<br>jhokanson@fbtlaw.com |

*s/Jacob V. Bradley*

**QUARLES & BRADY LLP**
135 North Pennsylvania Street
BMO Building, Suite 2400
Indianapolis, IN  46204
Phone: 317-957-5000
Fax: 317-957-5010
Jacob.Bradley@quarles.com


QB\32668993.1