**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, ) | Case No. 1:14-CV-00765-SEB-MJD |
| Plaintiff, ) | |
| v. ) | |
| NEXTGEAR CAPITAL, INC., ) | |
| Defendant. | |

**ORDER GRANTING**
**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Jacob V. Bradley moved this court to withdraw his appearance as counsel for Defendant, NextGear Capital, Inc., and advised the Court that Defendant, NextGear Capital, Inc., will continue to be represented by Jeffrey A. Hokanson of Frost Brown Todd LLC. The Court, being so advised, finds this motion should be granted.

IT IS THEREFORE ORDERED that the appearance of Jacob V. Bradley on behalf of Defendant, NextGear Capital, Inc., is withdrawn.

Dated: 01/23/2015

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

*Distribution will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.*