UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC,  )<br>  )<br>        Plaintiff,  )<br>  )            No. 1:14-cv-00765-SEB-MJD<br>   vs.  )<br>  )<br>NEXTGEAR CAPITAL, INC.,  )<br>  )<br>        Defendant.  )  | |

**MINUTE ENTRY FOR JANUARY 21, 2015**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference.  A discussion was held regarding settlement of this matter and the informal exchanging of relevant financial information.   The parties further report that they do not anticipate serving any formal discovery.

This matter is scheduled for a telephonic conference on **Wednesday, February 11, 2015 at 11:10 a.m.** to discuss readiness to proceed with the settlement conference. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  01/26/2015

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.