UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NEXTGEAR CAPITAL, INC., )<br>)<br>Defendant. ) | No. 1:14-cv-00765-SEB-MJD |

**MINUTE ENTRY FOR FEBRUARY 11, 2015**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties confirmed that liability discovery is complete. The parties then discussed the settlement conference scheduled for March 4, 2015 and were reminded to provide, by e-mail to chambers, copies of their most recent settlement demand and response. Counsel for Defendant was reminded of the requirement that a corporate officer be present and that he would have to move for relief from that order if necessary.

This matter is scheduled for a telephonic status conference on **Wednesday, February 25, 2015 at 10:50 a.m.** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  02/11/2015

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.