## Hokanson, Jeffrey A.

| | |
|---|---|
| **From:** | Ryan McCrosson [RMcCrosson@McCrossonLaw.com] |
| **Sent:** | Monday, February 23, 2015 1:03 PM |
| **To:** | Hokanson, Jeffrey A. |
| **Cc:** | Dennis McCrosson |
| **Subject:** | RE: 1:14-cv-00765-SEB-MJD ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC v NEXTGEAR CAPITAL, INC. |

Jeff,

I have counsel filing the 7 on the business within the next few days. I have impressed upon her the importance of securing the filing ideally before the 11 am conference on the 25th, but in any event, by Friday. I will keep you informed as the information comes in.

Best Regards,

Ryan S. McCrosson

**Exhibit B**