UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, | ) ) ) | CASE NO.  1:14-CV-00765-SEB-MJD |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| NEXTGEAR CAPITAL, INC., | ) ) | |
| Defendants. | ) | |

**ORDER GRANTING**
**DEFENDANT'S MOTION TO CONTINUE TELEPHONIC STATUS CONFERENCE**
**AND SETTLEMENT CONFERENCE AND FOR RELATED RELIEF**

This matter is before the Court on the Defendant's Motion for Continue Telephonic

Status Conference and Settlement Conference, and for Related Relief, as filed on February 23,

2015.

And the Court, having considered said Motion and being duly advised, now grants said

Motion.

IT IS THEREFORE ORDERED that the settlement conference scheduled for March 4,

2015 at 9:00 a.m. is hereby continued to _____, 2015 at _____

__.m.

IT IS FURTHER ORDERED that all deadlines and requirements set forth in the Court's

Minute Entry dated July 21, 2014, related to the settlement conference are now applicable to the

new setting for the settlement conference; and

IT IS FURTHER ORDERED that the telephonic settlement conference scheduled for

February 25, 2015, at 10:50 a.m. is hereby continued to _____, 2015, at

_____ __.m.

So ordered.

Dated: _____, 2015

                                                  _____

                                                  Mark J.Dinsmore
                                                  United States Magistrate Judge
                                                  Southern District of Indiana

Distribution:

All Electronically Registered Counsel

2