UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, | ) CASE NO. 1:14-CV-00765-SEB-MJD |
| Plaintiff, | ) |
| v. | ) |
| NEXTGEAR CAPITAL, INC., | ) |
| Defendants. | ) |

**ORDER REGARDING DEFENDANT'S MOTION TO CONTINUE TELEPHONIC STATUS CONFERENCE AND SETTLEMENT CONFERENCE**

This matter is before the Court on the Defendant's Motion for Continue Telephonic Status Conference and Settlement Conference, and for Related Relief, as filed on February 23, 2015. [Dkt. 72.] The Court, having considered said Motion and being duly advised, now **GRANTS** said Motion and the settlement conference scheduled for March 4, 2015 at 9:00 a.m. is hereby **VACATED** and will be rescheduled by subsequent order if necessary.

The remaining case management deadlines are hereby suspended pending further order of the Court.

The telephonic status conference scheduled for February 25, 2015, at 10:50 a.m. is hereby **CONTINUED** to **Tuesday, April 14, 2015 at 1:00 p.m**.

Dated: 02/24/2015

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel