UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 1:14-cv-00765-SEB-MJD |
| v. | )<br>)<br>) |
| NEXTGEAR CAPITAL, INC., | )<br>) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Atlanta-Birmingham Automotive Group LLC, and Defendant, NextGear Capital, Inc., each by their respective counsel and pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned cause of action, without prejudice, costs paid.

MCCROSSON & ASSOCIATES, P.C.                FROST BROWN TODD LLC

  /s/ Ryan S. McCrosson                                 /s/ Jeffrey A. Hokanson
Ryan S. McCrosson                                      Jeffrey A. Hokanson
*Attorney for Plaintiff Atlanta-Birmingham*            *Attorney for Defendant NextGear Capital, Inc.*
*Automotive Group, LLC*

CERTIFICATE OF SERVICE

    I hereby certify that on the 10th day of March, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Dennis F. McCrosson, III
    Ryan S. McCrosson
    McCrosson & Associates, P.C.
    dmccrosson@mccrossonlaw.com
    rmccrosson@mccrossonlaw.com

    */s/ Jeffrey A. Hokanson*
    Jeffrey A. Hokanson

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
Phone:317-237-3800
Fax: 317-237-3900
jhokanson@fbtlaw.com

0115643.0617124   4819-1925-9938v1