UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, | ) ) ) |
| Plaintiff, | ) ) Case No.: 1:14-cv-00765-SEB-MJD |
| v. | ) ) ) |
| NEXTGEAR CAPITAL, INC., | ) ) |
| Defendant. | ) |

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

Plaintiff, Atlanta-Birmingham Automotive Group LLC, and Defendant NextGear Capital, Inc., having filed their Stipulation of Dismissal Without Prejudice, and the Court being duly advised in the premises, hereby dismisses this cause of action, without prejudice, all costs paid.

Dated: March ___, 2015

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel