UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ATLANTA-BIRMINGHAM AUTOMOTIVE GROUP LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) 1:14-cv-00765-SEB-MJD ) ) |
| NEXTGEAR CAPITAL, INC., | ) ) |
| Defendant. | ) |

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

Plaintiff, Atlanta-Birmingham Automotive Group LLC, and Defendant NextGear Capital, Inc., having filed their Stipulation of Dismissal Without Prejudice, and the Court being duly advised in the premises, hereby dismisses this cause of action, without prejudice, all costs paid.

03/12/2015

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:  All Electronically Registered Counsel